IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, : | |
| : | CIVIL ACTION |
| Plaintiff : | |
| : | |
| v. : | No. 02-CV-4435 |
| : | |
| DAVID FORREST AND : | |
| T. BEAUCLERC ROGERS IV : | |
| : | |
| Defendant. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter our appearance for Defendant David Forrest.

                  DUANE MORRIS LLP

                  By:_____
                  Edward M. Dunham, Jr.,
                  Pennsylvania I.D. No.  21550
                  One Liberty Place
                  Philadelphia, Pennsylvania  19103
                  (215) 979-1148 (Direct Dial)
                  (215) 979-1020 (fax)
                  emdunham@duanemorris.com

                  Attorney for Defendant

Dated: October 9, 2002

## CERTIFICATE OF SERVICE

I, Edward M. Dunham, Jr., hereby certify that on this date a true and correct copy of the foregoing Entry of Appearance was served via first class mail and facsimile upon the following:

>Jeffrey R. Lerman, Esquire
>Glenn F. Rosenblum, Esquire
>Montgomery, McCracken, Walker & Rhodes, LLP
>123 South broad Street
>Philadelphia, PA  19109
>
>Edward P. Krugman, Esquire
>Cahill, Gordon & Reindel
>80 Pine Street
>New York, New York  10005
>
>James J. Rohn, Esquire
>Nicholas M. Cantrella, Esquire
>Kevin Dooley Kent, Esquire
>Conrad O'Brien Gellman & Rohn, P.C.
>1515 Market Street, 16th Floor
>Philadelphia, PA  19102

_____
Edward M. Dunham, Jr.

Dated: October 9, 2002

PH2\679932.1