IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4435 |
| DAVID FORREST AND<br>T. BEAUCLERC ROGERS IV, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, upon consideration of defendant David Forrest's Motion to Dismiss Plaintiff Lexington Insurance Company's Complaint in the above-captioned matter, or Alternatively, Stay the Instant Proceedings Pending Conclusion of Parallel Proceedings in England, and Plaintiff's response thereto, it is hereby ORDERED that said motion is GRANTED and that Plaintiff's Complaint is DISMISSED.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge

PH2\682454.1