IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>- against -<br><br>DAVID FORREST and T. BEAUCLERC ROGERS IV,<br><br>             Defendants. | Civil Action<br><br>No. 02-CV-4435 |

DECLARATIONS SUBMITTED WITH
PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTIONS TO DISMISS OR STAY

Edward P. Krugman
Ira J. Dembrow
Scott M. Mory
CAHILL GORDON & REINDEL
Eighty Pine Street
New York, New York  10005
(212) 701-3000

Jeffrey R. Lerman
Glenn F. Rosenblum
MONTGOMERY, MCCRACKEN, WALKER &
    RHOADS, LLP
123 South Broad Street
Philadelphia, Pennsylvania  19109
(215) 772-1500

*Attorneys for Plaintiff*