UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - - - -x

LEXINGTON INSURANCE COMPANY,          :

                Plaintiff,      :

        - against -          :   <u>AFFIDAVIT OF SERVICE</u>

DVID FORREST and T. BEAUCLERC         :
ROGERS IV,,

                      :

              Defendants.      :

- - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                   : ss.:
COUNTY OF NEW YORK   )

       BRIAN SIMPSON, being duly sworn, deposes and says:

       1.   I am over the age of 18 years and not a party to this action.

       2.   On the 24th day of December, 2002 I served the annexed PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OR STAY, DECLARATIONS SUBMITTED WITH PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS OR STAY, DECLARATION OF STUART COTTON, DECLARATION OF MICHELLE GEORGE and DECLARATION OF SCOTT M. MORY upon:

-2-

> Nicholas M. Centrella, Esq.
> Conrad O'Brien Gellman & Rohn, PC
> 1515 Market Street
> 16th Floor
> Philadelphia, PA 19102
>
> Edward M.Dunham, Jr.,Esq.
> Duane Morris, LLP
> One Liberty Place
> Suite 4200
> Philadelphia, PA 19103

by depositing true and correct copies thereof in the letter

drop maintained by the United States Postal Service located at

80 Pine Street, New York, New York 10005 enclosed in stamped,

sealed envelopes addressed to the above-mentioned attorneys.


                                        /s/ Brian Simpson_____
                                              BRIAN SIMPSON



Sworn to before me this
24th day of December, 2002


/s/ Lynn Feldman_____
        Notary Public