IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>- against -<br><br>DAVID FORREST and T. BEAUCLERC ROGERS IV,<br><br>           Defendants. | Civil Action<br><br>No. 02-CV-4435 |

**DISCLOSURE STATEMENT OF PLAINTIFF**

Pursuant to the Court's Notice of January 3, 2003, Plaintiff Lexington Insurance Company ("Lexington") states that its parent corporations, which together own 100% of Lexington, are National Union Fire Insurance Company of Pittsburgh, Pennsylvania, Birmingham Fire Insurance Company of Pennsylvania, and The Insurance Company of the State of Pennsylvania, each of which is a wholly-owned subsidiary of American International Group, Inc. ("AIG"), a publicly held corporation. AIG also owns majority interests in Transatlantic Holdings, Inc. and 21st Century Insurance Group, the common stock of each of which is publicly traded, and an interest in IPC Holdings, Ltd., the common stock of which is publicly traded.

Dated:    January 8, 2003

CAHILL GORDON & REINDEL

*Of Counsel*:
  Ira J. Dembrow
  Scott M. Mory

By:   /s/ Edward P. Krugman
      Edward P. Krugman
80 Pine Street
New York, New York 10005
(212) 701-3000

-2-

|  |  |
|---|---|
| | -and- |
| *Of Counsel*: | MONTGOMERY, MCCRACKEN, WALKER<br>   & RHOADS, LLP |
| Jeffrey R. Lerman<br>Glenn F. Rosenblum | 123 South Broad Street<br>Philadelphia, Pennsylvania  19109<br>(215) 772-1500 |
| | *Attorneys for Plaintiff* |