UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

\- - - - - - - - - - - - - - - - - - x

LEXINGTON INSURANCE COMPANY,  :

              Plaintiff,  :

                       :   <u>AFFIDAVIT OF SERVICE</u>

   - against -

                       :

DAVID FORREST and T. BEAUCLERC ROGERS IV,,  :

             Defendants.  :

\- - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK   )
                      : ss.:
COUNTY OF NEW YORK  )

      MAURA A. McLOUGHLIN, being duly sworn, deposes and says:

      1.  I am over the age of 18 years and not a party to this action.

      2.  On the 6th day of January, 2003 I served the annexed DISCLOSURE STATEMENT OF PLAINTIFF upon:

                      Nicholas M. Centrella, Esq.
                      Conrad O'Brien Gellman & Rohn, PC
                      1515 Market Street
                      16th Floor
                      Philadelphia, PA 19102

-2-

        Edward M. Dunham, Jr., Esq.
        Duane Morris, LLP
        One Liberty Place
        Suite 4200
        Philadelphia, PA 19103

by depositing true and correct copies thereof in the letter drop maintained by the United States Postal Service located at 80 Pine Street, New York, New York 10005 enclosed in stamped, sealed envelopes addressed to the above-mentioned attorneys.

        /s/ Maura A. McLoughlin_____
            MAURA A. McLOUGHLIN

Sworn to before me this
6th day of January, 2003

/s/ Lynn Feldman_____
    Notary Public