```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LEXINGTON INSURANCE COMPANY     :          CIVIL ACTION
                                :
            v.                  :
                                :
DAVID FORREST, et al.           :          NO. 02-4435

O R D E R

**AND NOW**, this      day of   January, 2003, it is Ordered that the **CONFERENCE** scheduled for **Monday, February 3, 2003** at **4:15 p.m.** is canceled and rescheduled for **Tuesday, February 18, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                              or     BY THE COURT

BY:_____           _____
      Deputy Clerk                        Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: