IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID FORREST, et al. | : | NO. 02-4435 |

O R D E R

**AND NOW**, this        day of      January, 2003, it is Ordered that the **CONFERENCE** scheduled for February 18, 2003 at 4:30 p.m. is canceled and rescheduled for **Tuesday, February 25, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                                    or      BY THE COURT


BY:_____          _____
    Deputy Clerk                                Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: