IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 02-CV-4435 |
| DAVID FORREST AND<br>T. BEAUCLERC ROGERS IV, | : | |
| Defendants. | : | |

## SUBSTITUTION OF AFFIDAVIT

Kindly substitute the attached original Affidavit of Susan Wright as Exhibit "A" to Defendant Forrest's Reply Memorandum in Further Support of His Motion to Dismiss Plaintiff's Complaint or, Alternatively, Stay the Instant Proceedings Pending Conclusion of Parallel Proceedings in England that was filed on February 12, 2003 for the unnotarized copy currently appended thereto.

DUANE MORRIS LLP

By: _____
Edward M. Dunham, Jr., Esquire
Pa. I.D. Nos. 21550
One Liberty Place
Philadelphia, PA 19103-7396
215.979.1148

Attorney for Defendant
DAVID FORREST

Dated: <u>February 19, 2003</u>

PH2\708029.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this date I caused a true and correct copy of the foregoing Substitution of Affidavit to be served by U.S. First Class Mail or international mail upon the following:

      Jeffrey R. Lerman, Esquire
      Glenn F. Rosenblum, Esquire
      Montgomery, McCracken, Walker & Rhoads, LLP
      123 South Broad Street
      Philadelphia, Pennsylvania 19109
      and
      Edward P. Krugman, Esquire
      Cahill, Gordon & Reindel
      80 Pine Street
      New York, New York 10005

      Counsel for Plaintiff

      James J. Rohn, Esquire
      Nicholas M. Centrella, Esquire
      Kevin Dooley Kent, Esquire
      Conrad O'Brien Gellman & Rohn PC
      1515 Market Street, 16th floor
      Philadelphia, PA  19102

      Counsel for Defendant T. Beauclerc Rogers IV

Dated: February 19, 2003                           _____
                                                                             Shannon Hampton Sutherland