

# LLOYD THOMPSON
Limited

007\030\475

| | | |
|---|---|---|
| To | Mr David Forrest (Guest) | Jardine House<br>6 Crutched Friars<br>London EC3N 2HT<br>Telephone  0171 247 2345<br>Direct Line  0171 558 3781<br>Facsimile    0171 247 4488<br>Telex  885671 LOYTOM G |
| Cc | Beverly Hills Plaza Hotel | |
| Fax No | 001-310-2783352 | |
| Date | 1 May 1998 | |
| From | Mark Drummond Brady | |
| Division | Financial Risk | |
| No. of Pages inc. front sheet | 1 | Facsimile |

**Jules Verne**

Firstly, I am pleased to confirm that Lexington have agreed to write this 100%, subject to us providing them with an acceptable panel of Reinsurers. They have written their line on the slip accordingly, subject obviously to confirmation of the acceptance date and their agreement to the Policy Wording and "Side" Agreement. I understand from Stanley that a draft of this Agreement is being prepared for presentation to Ince & Co. today.

With regard to Reinsurance, we have lined up a panel of Reinsurers, most of whom are acceptable to Lexington and we are in the process of arranging to "enhance" the Lines provided by those Companies that Lexington will not accept. This work is incomplete but going well.

With regard to the verification process, we have written to Rob Brace at Lexington in Boston and left several messages for him. I have also complained in the strongest terms about the delay to Keith Peacock here in London. He has promised to speak to Brace this afternoon and fully understands that this log jam is causing extreme frustration on yours and our part. Brace feels that he is entitled to review all relevant documentation, including Wording and Collateral Agreement prior to confirming his agreement (and in this regard he is correct) but we have pressed him to understand that the releasing of the Legal Opinion by M, M & M is a separate issue and does not, in itself, commit him to agreeing the form of words we use for the side

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is confidential and Lloyd Thompson Limited reserves any and all possible rights to privilege in respect thereof. It is intended only for the use of the addressee designated above. Any reader of this message, who is not the addressee, is hereby expressly forbidden to copy, disseminate, distribute or in any other way use any of the information contained in this facsimile message.

If you have received this facsimile transmission in error, please immediately notify the sender by telephone so that we can arrange for its return.

LFPAX032A

This facsimile copy is for information only and we do not accept any responsibility for differences between the original and the transmission copy. If all pages not received clearly please contact us on the above number.

Lloyd's Brokers. A member of the Jardine Lloyd Thompson Group
Registered Office: Jardine House, 6 Crutched Friars, London EC3N 2HT. Registered in England No. 1338940. VAT No. 244 2321 99

0071030\476

2

agreement. We are urging Lexington at all levels to proceed with this process today, having needlessly lost an entire week.

We will keep you advised of progress and, of course, we will be calling Mr Brace once Boston opens today. Meanwhile, as an emergency measure, I can travel to Boston next week to see these people in person. Otherwise, I will be in New York on Tuesday of next week and Washington on Wednesday, Thursday and Friday, staying at the Washington Hilton. Jenny will have my contact details.

Kind Regards.

Mark Drummond Brady
Lloyd Thompson Ltd