## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the letter from Edward P. Krugman, Esq. to the Hon. Anita B. Brody, dated March 12, 2003 (together with Exhibits A-C annexed thereto) were sent both by facsimile and by Federal Express, next day delivery, to the following counsel of record this twelfth day of March, 2003:

James J. Rohn, Esq.
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, Suite 1600
Philadelphia, Pennsylvania  19102-1916
Fax No.: (215) 864-9620

Edward M. Dunham, Jr., Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, Pennsylvania  19103-7396
Fax No.: (215) 979-1020

_____
Ira J. Dembrow