IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| v. | : | |
| DAVID FORREST, et al. | : | NO. 02-4435 |

O R D E R

**AND NOW**, this       day of     June, 2003, it is Ordered that the Rule 16 Conference scheduled for June 5, 2003 at 4:15 p.m. is **CANCELED** and **RESCHEDULED** for **Friday, June 27, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                                       or       BY THE COURT


BY:_____             _____
     Deputy Clerk                                         Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Glenn F. Rosenblum, Esq. (via fax: 215-772-7620)
Edward P. Krugman, Esq.  (c/o Mr. Rosenblum: 215-772-7620)
Edward M. Dunham, Jr., Esq. (via fax: 215-979-1020)
Nicholas M. Centrella, Esq. (via fax: 215-864-9620)