```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LEXINGTON INSURANCE COMPANY       :        CIVIL ACTION
                                  :
            v.                    :
                                  :
DAVID FORREST, et al.             :        NO. 02-4435

**O R D E R**

**AND NOW,** this     day of   June, 2003, it is Ordered that the Rule 16 Conference scheduled for June 27, 2003 at 4:30 p.m. is **CANCELED** and **RESCHEDULED** for **Wednesday, July 23, 2003** at **4:30 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor.

ATTEST:                              or    BY THE COURT

BY:_____           _____
      Deputy Clerk                        Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: