<u>Certificate of Service</u>

I certify that copies of "Lexington Insurance Company's Initial Disclosures Under Rule 26(a)(1) of the Federal Rules of Civil Procedure," "Lexington's RICO Case Statement" and the report of Andrew Maclay (and appendices and exhibits to the Maclay report) were served this 2nd day of September, 2003, by Federal Express, next day delivery, upon:

> Edward M. Dunham, Jr., Esq.
> Duane Morris LLP
> One Liberty Place
> Philadelphia, PA  19103-7396
>
> and
>
> Nicholas M. Centrella, Esq.
> Conrad O'Brien Gellman & Rohn, P.C.
> 1515 Market Street, 16th Floor
> Philadelphia, PA  19102

Dated:  New York, New York
        September 2, 2003

/s/Ira J. Dembrow
Ira J. Dembrow