IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-CV-4435 |
| | : | |
| DAVID FORREST AND | : | |
| T. BEAUCLERC ROGERS IV, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**SUPPLEMENTAL CONTACT INFORMATION IN SUPPORT OF THE
SELF-EXECUTING INITIAL DISCLOSURES OF DEFENDANT DAVID FORREST
PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant David Forrest ("Forrest") hereby supplements its Initial Disclosures as set forth below. These supplemental disclosures are based on the information reasonably available to Forrest at this time. Forrest reserves the right to supplement these disclosures during the course of this litigation if he later obtains information on the basis of which he believes that the information disclosed below is incomplete, incorrect, or is no longer complete or correct.

### **Rule 26(a)(1)(A): Persons -- Supplemental Contact Information**

Forrest hereby submits the following additional telephone contact information for certain individual Forrest previously identified as likely to possess information that Forrest may use to support its claims or defenses:

| | | |
|---|---|---|
| 1. | Lexington Insurance Company | 617 330 1100 |
| 2. | Kevin Kelly | 610 330 1100 |
| 3. | Jardine Lloyd Thompson | 44 207 247 2345 |
| 4. | Mark Drummond Brady | 44 207 247 2345 |
| 5. | T. Beauclerc Rogers | 610 642 1818 |
| 6. | Susan Wright | 44 1233 643087 |
| 7. | David Forrest | 44 1778 560 357 |
| 8. | Graham Johnson | 44 208 874 4093 |
| 9. | Andrew Wignall | 44 1534 616900 |
| 10. | Ian Moore | 44 1534 616900 |
| 11. | Nicholas Holt | 44 1639 823508 |
| 12. | Numerica (formerly Levy Gee) | 44 207 467 4000 |
| 13. | Maurice Moses | 44 207 467 4000 |
| 14. | Sarah Rayment | 44 207 467 4000 |
| 15. | Sarah Budd | 44 207 467 4000 |
| 16. | Sarah College | 44 207 467 4000 |
| 17. | Complete Film Company | 310 315 4767 |
| 18. | Martin Fink | 310 315 4767 |
| 19. | Rupert Lywood | 44 207 292 0800 |

| | | |
|---|---|---|
| 20. | Silicon Valley Bank | 858 784 3321 |
| 21. | Artist's View | 818 752 2480 |
| 22. | Scott Jones | 817 752 2480 |
| 23. | Regent Entertainment | 214 373 3434 |
| 24. | Paul Colichman | 310 260 3333 |
| 25. | Steve Jarchow | 214 373 3434 |
| 26. | Talisman Crest | 44 207 603 7474 |
| 27. | Richard Jackson | 44 207 603 7474 |
| 28. | Global Programming Networks | 954 384 1298 |
| 29. | David Wickes | 44 207 225 1382 |
| 30. | Merban Ltd. | 44 207 808 5523 |
| 31. | Brian Fitzpatrick | 44 207 808 5523 |
| 32. | KPMG | 44 207 311 3434 |
| 33. | Bob Watts | 44 207 311 3434 |
| 34. | Mark Summerfield | 44 207 311 3434 |
| 35. | Tim Bryant | 44 207 311 3434 |
| 36. | AIG Group of Companies | 212 770 7000 |
| 37. | New Hampshire Insurance Company | 212 770 7000 |
| 38. | Hank Greenberg | 212 770 7000 |
| 39. | Gail Egan | 44 207 851 2783 |
| 40. | Simon ChanningWilliams | 44 207 851 2783 |
| 41. | Denton Wilde Sapte | 44 207 242 1212 |
| 42. | Loeb & Loeb | 212 407 4000 |

| | | |
|---|---|---|
| 43. | Travers Smith Brathiwaite | 44 207 248 9133 |
| 44. | Rick Stratton | 44 207 248 9133 |
| 45. | Rosenfield Meyer Sussman | 310 858 7700 |
| 46. | Holman Fenwick | 44 207 488 2300 |
| 47. | Lord Bissell & Brook | 213 485 1500 |
| 48. | Carey Barney | 213 485 1500 |
| 49. | Chuck Adamek | 213 485 1500 |
| 50. | Tarlo Lyons, Solicitors | 44 207 405 2000 |
| 51. | Judith Harris | 44 208 883 4838 |
| 52. | Simon Meadon | 44 208 579 9855 |
| 53. | Stanley Munson | 44 207 423 9757 |
| 54. | Ince & Co., Solicitors | 44 207 623 2011 |
| 55. | Anthony George | 44 207 623 2011 |
| 56. | David Coupe | 44 207 623 2011 |
| 57. | Bloom & Bloom | 44 1932 231939 |
| 58. | Prosperity Pictures | see Marty Fink |
| 59. | New Beginnings Enterprises | see Marty Fink |
| 60. | The Building LLC | see Marty Fink |
| 61. | New Standard Post LLC | see Marty Fink |
| 62. | Moore Management | 44 1534 822500 |
| 63. | Grant Thornton | 44 207 383 5100 |
| 64. | Andrew Maclay | 44 207 383 5100 |
| 65. | Martin Howell | 44 1858 880654 |

| | | |
|---|---|---|
| 66. | Sergei Lebedev | 7 095 444 4548 |
| 67. | NewStar Worldwide, Inc. | 310 260 3333 |
| 68. | Gene George | 310 260 3333 |

Respectfully submitted,

**DUANE MORRIS LLP**


By:_____
    Edward M. Dunham, Jr.
    Pa. Identification No. 21550
    Shannon Hampton Sutherland
    Pa. Identification No. 90108
    One Liberty Place
    Philadelphia, PA  19103-7396
    215.979.1148/1104

    Counsel for Defendant David Forrest

Dated:  September 18, 2003

## CERTIFICATE OF SERVICE

I, Shannon Hampton Sutherland, Esquire, hereby certify that on this 18th day of September, 2003, I caused a true and correct copy of the foregoing Supplemental Contact Information in Support of the Self-Executing Disclosures of Defendant David Forrest Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure to be served by United States First Class Mail, Postage Prepaid, upon the following:

>Jeffrey R. Lerman, Esquire
>Glenn F. Rosenblum, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 South Broad Street
>Philadelphia, Pennsylvania 19109
>
>*-and-*
>
>Edward P. Krugman, Esquire
>Cahill, Gordon & Reindel
>80 Pine Street
>New York, New York 10005
>
>*Counsel for Plaintiff*
>
>James J. Rohn, Esquire
>Nicholas M. Centrella, Esquire
>Kevin Dooley Kent, Esquire
>Conrad, O'Brien, Gellman & Rohn P.C.
>1515 Market Street, 16th floor
>Philadelphia, PA  19102
>
>*Counsel for Defendant T. Beauclerc Rogers*

Dated: September 18, 2003   _____

Shannon Hampton Sutherland, Esquire

PH2\750801.1