IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID FORREST, et al. | : | NO. 02-4435 |

**O R D E R**

**AND NOW,** this   day of   October, 2003, it is Ordered that a **TELEPHONE CONFERENCE** regarding the proposed Confidentiality Stipulation & Order will be held on **Friday, October 24, 2003** at **2:30 p.m..**  Chambers will initiate the call.

ATTEST:                              or      BY THE COURT


BY:_____         _____
     Deputy Clerk                      Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

Edward P. Krugman, Esq. (via fax: 212-269-5420)
Jeffrey R. Lerman, Esq., Glenn F. Rosenblum, Esq. (via fax: 215-772-7620)
Nicholas M. Cenrella, Esq., Kevin Dooley Kent, Esq.  (via fax: 215-864-9620)
Edward M. Dunham, Jr., Esq. (via fax: 215-979-1020)