IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>Plaintiff<br>v.<br>DAVID FORREST and T. BEAUCLERC ROGERS, IV<br>Defendant | CIVIL ACTION<br><br>NO. 02-4435 |

## STIPULATION

It is hereby stipulated and agreed by and between counsel for the undersigned parties that defendant, Tarlo Lyons, shall have until July 26, 2004 to present its defenses under Rule 12 of the F.R.C.P.

| MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP | HARVEY, PENNINGTON LTD. |
|---|---|
| *signature* | *signature* |
| Glenn F. Rosenblum, Esquire<br>Identification No. 23770<br>123 South Broad Street<br>Philadelphia, PA 19109<br>(215) 772-1500:<br>*Counsel for Plaintiff* | David L. Pennington, Esquire<br>Identification No.: 03633<br>1835 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>(215) 563-4470<br>*Counsel for Tarlo Lyons* |

The foregoing Stipulation

of Counsel is hereby APPROVED.

_____
J.

DATE:_____

684867_1

-2-

## CERTIFICATE OF SERVICE

I, DAVID L. PENNINGTON, ESQUIRE, attorney for Defendant, Tarlo Lyons, hereby certify that the foregoing Stipulation has been filed with the Clerk of Courts for the United States District Court for the Eastern District of Pennsylvania on the 25 day of June, 2004.

HARVEY, PENNINGTON LTD.

BY: _____
DAVID L. PENNINGTON

Attorneys for Defendant,

Tarlo Lyons

684867_1