IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY, : | |
| : | |
| Plaintiff, : | Civil Action No. |
| : | 02-CV-4435 |
| v. : | |
| : | |
| DAVID FORREST et al., : | |
| : | |
| Defendants. : | |

**STIPULATION TO EXTEND TIME TO RESPOND TO MARTIN FINK'S
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED
AND SUPPLEMENTAL COMPLAINT OR, ALTERNATIVELY,
TO STAY ALL PROCEEDINGS AS TO FINK OR, ALTERNATIVELY,
TO SEVER FINK AS A DEFENDANT FROM THE LITIGATION**

The undersigned counsel for plaintiff Lexington Insurance Company and counsel for defendant Martin Fink hereby stipulate to an extension of three (3) days for Lexington Insurance Company to respond to Martin Fink's Motion to Dismiss Plaintiff's Second Amended and Supplemental Complaint or, Alternatively, to Stay All Proceedings as to Fink or, Alternatively,

1066423v1

-2-

to Sever Fink as a Defendant from the Litigation. Accordingly, the response period is extended through and includes August 5, 2004.

_____
Jeffrey R. Lerman, Esquire
Glenn F. Rosenblum, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA  19109
(215) 772-1500

Attorneys for Plaintiff
Lexington Insurance Company

_____
Neil G. Epstein, Esquire
Eckert Seamans Cherin &
   Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102
(215) 851-8408

Attorney for Defendant
Martin Fink

Dated: Aug. 2, 2004

Dated: August 2, 2004

APPROVED this ____ day of _____, 2004.

_____
Anita B. Brody, U.S.D.J.