IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>DAVID FORREST, T. BEAUCLERC ROGERS, IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, a California Limited Liability Company, and TARLO LYONS, a partnership,<br><br>              Defendants. | CIVIL ACTION<br><br>NO. 02-CV-4435<br><br>HON. ANITA B. BRODY |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter my appearance on behalf of defendant, Stanley Munson, in reference to the above-captioned matter.

 

*[signature]*

Conrad O. Kattner, Esquire
McShea Tecce, P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA 19103
215-599-0800

Attorney for defendant, Stanley Munson

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2004, a true and correct copy of Defendant, Stanley Munson's Entry of Appearance was served, *via regular mail*, to the following:

**Edward P. Krugman, Esquire**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
*Lead Attorney*
*Attorney to Be Noticed*

**Emily A. Poler, Esquire**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
*Lead Attorney*
*Attorney to Be Noticed*

**Glenn F. Rosenblum, Esquire**
Montgomery, Mc Cracken,
Walker & Rhoads, LLP.
123 South Broad Street
Philadelphia, PA 19109
*Lead Attorney*
*Attorney to Be Noticed*

**Ira J. Dembrow, Esquire**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
*Lead Attorney*
*Attorney to Be Noticed*

**Jeffrey R. Lerman, Esquire**
Montgomery McCracken
Walker & Rhoads LLP
123 S. Broad Street
Philadelphia, PA 19109
*Lead Attorney*
*Attorney to Be Noticed*

**Scott M. Mory, Esquire**
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
*Lead Attorney*
*Attorney to Be Noticed*

**Edward M. Dunham, Jr., Esquire**
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103
*Lead Attorney*
*Attorney to Be Noticed*

**Shannon Hampton Sutherland, Esq.**
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103
*Lead Attorney*
*Attorney to Be Noticed*

**James J. Rohn, Esquire**
Conrad O'Brien Gellman & Rohn P.C.
1515 Market St., 16th Floor
Philadelphia, PA 19102
*Lead Attorney*
*Attorney to Be Noticed*

**Kevin Dooley Kent, Esquire**
Conrad O'Brien Gellman & Rohn P.C.
1515 Market St., 16th Floor
Philadelphia, PA 19102
*Lead Attorney*
*Attorney to Be Noticed*

**Nicholas M. Centrella, Esquire**
Conrad O'Brien Gellman & Rohn P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
*Lead Attorney*
*Attorney to Be Noticed*

**David L. Pennington, Esquire**
Harvey Pennington Cabot Griffith &
Renneisen, Ltd
11 Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103
*Lead Attorney*
*Attorney to Be Noticed*

**Alexander Kerr, Esquire**
McCarter and English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103
*Lead Attorney*
*Attorney to Be Noticed*

**Jeffrey D. Farrow, Esquire**
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707
*Lead Attorney*
*Attorney to Be Noticed*

**Mona Z. Hanna, Esquire**
Michelman & Robinson LLP
4 Hutton Centre Drive, Suite 300
Santa Ana, CA 92707
*Lead Attorney*
*Attorney to Be Noticed*

**Neil G. Epstein, Esquire**
Eckert, Seamans,
Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909
*Lead Attorney*
*Attorney to Be Noticed*

**Sanford Louis Michelman, Esquire**
Michelman & Robinson LLP
15760 Ventura Blvd., Suite 500
Encino, CA 91436
*Lead Attorney*
*Attorney to Be Noticed*

_____
Conrad O. Kattner