## Certificate of Service

I certify that copies of the "LEXINGTON'S ANSWER TO DEFENDANT MARTIN FINK'S MOTION TO DISMISS, SEVER, OR STAY," the "LEXINGTON'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MARTIN FINK'S MOTION TO DISMISS, SEVER, OR STAY," the "DECLARATION OF EDWARD P. KRUGMAN IN OPPOSITION TO DEFENDANT MARTIN FINK'S MOTION TO DISMISS, STAY, OR SEVER and an Order were served this 10th day of August, 2004, by Federal Express, next day delivery, upon:

>Neil G. Epstein, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>1515 Market Street - Ninth Floor
>Philadelphia, PA  19102
>
>and
>
>Jeffrey D. Farrow, Esq.
>Michelman & Robinson, LLP
>4 Hutton Centre Drive, Suite 300
>Santa Ana, California  92707
>
>*Attorneys for Martin Fink*

and by U.S. First Class Mail upon:

>Edward M. Dunham, Jr., Esq.
>Shannon Hampton Sutherland, Esq.
>Duane Morris LLP
>One Liberty Place
>Philadelphia, PA  19103-7396
>
>*Attorneys for David Forrest*


>Nicholas M. Centrella, Esq.
>Kevin Dooley Kent, Esq.
>Conrad O'Brien Gellman & Rohn, P.C.
>1515 Market Street, 16th Floor
>Philadelphia, PA  19102

*Attorneys for T. Beauclerc Rogers, IV*

David L. Pennington, Esq.
Harvey Pennington Ltd.
1835 Market Street - 29th Floor
Philadelphia, PA 19103-2989

*Attorneys for Tarlo Lyons*


Alexander Kerr, Esq.
Stephen P. McFate
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

*Attorneys for New Beginnings Enterprises*

Conrad O. Kattner
McShea Tecce P.C.
Mellon Bank Center, 16th Floor
1735 Market Street
Philadelphia, PA 19103

*Attorneys for Stanley Munson*


Dated:   New York, New York
         August 10, 2004

_____
Miguel A. Villarreal