IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>Plaintiff<br>v.<br><br>DAVID FORREST,<br>T BEAUCLERC ROGERS IV,<br>STANLEY MUNSON,<br>MARTY FINK,<br>NEW BEGINNINGS ENTERPRISES LLC,<br>and TARLO LYONS<br>Defendants | CIVIL ACTION<br><br>NO. 02-4435<br><br>(Hon. Anita B. Brody) |

## SUBSTITUTION OF AFFIDAVIT

Kindly file of record the attached, original, signed Affidavit of Stanley Munson in place of the facsimile copy of the Affidavit that was included in Motion of Stanley Munson to Dismiss the Second Amended Complaint of Plaintiff Lexington Insurance Company in Accordance with Federal Rule Of Civil Procedure 12(b)(2).

Respectfully submitted,

BY: _____
CONRAD O. KATTNER, ESQ.
Identification No: 035468
MCSHEA & TECCE, P.C.
1735 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 599-0800
Attorney for Defendant,
Stanley Munson

Date: 9-28-04

- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>　　　　　　　　　　　　　Plaintiff<br>v.<br><br>DAVID FORREST,<br>T BEAUCLERC ROGERS IV,<br>STANLEY MUNSON,<br>MARTY FINK,<br>NEW BEGINNINGS ENTERPRISES LLC,<br>and TARLO LYONS<br>　　　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 02-4435 |

**CERTIFICATE OF SERVICE**

Conrad Kattner, Esquire, attorney for Defendant, Stanley Munson, hereby certify that I have served true, correct and complete copies of the foregoing Substitution of Affidavit upon the following parties or their counsel of record by electronic service or alternatively by first class mail, postage prepaid on September 15, 2004:

Glenn F. Rosenblum, Esquire
Jeffrey R. Lennan, Esquire
Montgomery, McCraken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19 109
and
Edward P. Krugrnan, Esquire
Emily A. Poler, Esquire
Ira J. Dembrow, Esquire
Scott M. Mory, Esquire
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*

Alexander Kerr, Esquire
Stephen P. McFate
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19 103
and
Beverly Y. Lu, Esquire
Charles A. Adamek
Lord Bissell & Brook, LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 9007 1
*Counsel for New Beginnings Enterprises*

Edward M. Dunham, Jr., Esquire
Shannon Hampton Sutherland, Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19 103
*Counsel for David Forrest*

David L. Pennington
Harvey, Pennington, Ltd.
29th Floor,
1835 Market Street
Philadelphia, PA 19103
*Counsel for Tarlo Lyons*

Nicholas M. Centrella, Esquire
James J. Rohn, Esquire
Kevin Dooley Kent, Esquire
Conrad OYBrien Gellman & Rohn, PC
1 5 1 5 Market Street, 1 6th Floor
Philadelphia, PA 19 102
*Counsel for T. Beauclerc Rogers, IV*

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
15 15 Market Street
Ninth Floor
Philadelphia, PA 19 102
and
Jeffrey D. Farrow, Esquire
Mona Z. Hanna, Esquire
Sanford Louis Michelman, Esquire
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa h a , CA 92707
*Counsel for Martin Fink*

Respectfully submitted,

BY: _____
CONRAD O. KATTNER, ESQ.
Identification No: 035468
MCSHEA & TECCE, P.C.
1735 Market Street, 16th Floor
Philadelphia, PA 19103
(215) 599-0800
Attorney for Defendant,
Stanley Munson

Date: __9-28-04__

2