

### artist view entertainment

Founded in 1991 by its President, Scott J Jones, Artist View represents a wide variety of entertainment properties and has developed a reputation for acquiring titles which deliver unique creative and commercial value. The company prides itself on strong relationships with independent production companies.

### aka movies

The company is engaged in world wide sales of television and theatrical product. It is involved in co-productions, project financing and acquisitions. Its President, Arthur Kananack is a well known force in the entertainment industry. Formerly, he was an Executive Vice President at Warner Brothers and President of Viacom International Inc.

### new beginnings media
### new dimensions film and video

In their early stages of development, these sales agents are under the direct control of the Chief Executive of New Beginnings Enterprises, Martin Fink. They will be responsible for the selling of all Prosperity Pictures product and product emanating from New City Productions.

    

TBR    16

FLASHPOINT    directory

Flashpoint Ltd
PO Box 1363, St Helier
Jersey, JE4 2YQ
Channel Islands
Tel : +44 (0)1534 822500
Fax : +44 (0)1534 616900

Flashpoint (UK) Ltd
67 Pall Mall, St James's
London, SW1Y 5PA
United Kingdom
Tel : +44 (0)20 7 930 9315
Fax : +44 (0)20 7 930 9316
www.flashpointuk.com

Flashpoint Ltd
901 Youngsford Road
Gladwyne, PA 19035
USA
Tel : +1 (610) 642 1916
Fax : +1 (610) 642 1917

New Beginnings Enterprises Inc.
Suite #401, 6855 Santa Monica Boulevard
Los Angeles, CA 90038
USA
Tel : +1 (323) 769 7531
Fax : +1 (323) 860 7043

New Standard Post, LLC
Suite #300, 6855 Santa Monica Boulevard
Los Angeles, CA 90038
USA
Tel : +1 (323) 769 7597
Fax : +1 (323) 860 7630
www.mpost.com

Prosperity Pictures, LLC
Suite #400, 6855 Santa Monica Boulevard
Los Angeles, CA 90038
USA
Tel : +1 (323) 860 7030
Fax : +1 (323) 860 7043
www.prosperitypictures.com

Ice Storm Holdings
2595 Place Chassé
Montréal, Québec, H1Y 2C3
Canada
Tel : +1 (514) 525 8484
Fax : +1 (514) 525 7620
www.ice-storm.net

The Lincolnshire Partnership
68 Lombard Street
London, EC3V 9EH
United Kingdom
Tel : +44 (0)20 7 868 1690
Fax : +44 (0)20 7 868 2125
www.lincolnshire-partners.co.uk

**bankers**
Leopold Joseph & Sons Ltd
29 Gresham Street
London, EC2V 7EA
United Kingdom
Tel : +44 (0)20 7 588 2323
Fax : +44 (0)20 7 729 0105

**lawyers**
Tarlo Lyons
Watchmaker Court, 33 St John's Lane
London, EC1M 4DB
United Kingdom
Tel : +44 (0)20 7 405 2000
Fax : +44 (0) 20 7 814 9421
www.tarlo-lyons.com

Lord Bissell & Brook
300 South Grand Avenue
Los Angeles, CA 90071
USA
Tel : +1 (213) 485 1500
Fax : +1 (213) 485 1200
www.lordbissel.com

Rosenfeld, Meyer & Susman
9601 Wilshire Boulevard
Beverly Hills, CA 90210
USA
Tel : +1 (310) 271 6430
Fax : +1 (310) 858 7700
www.rmslaw.com

Heenan Blaikie
Suite #600, 1199 West Hastings Street
Vancouver, BC V6E 3T5
Canada
Tel : +1 (604) 669 0011
Fax : +1 (604) 669 5101

**accountants**
KPMG
1 Puddle Dock
London, EC4V 3PD
United Kingdom
Tel : +44 (0)20 7 311 1000
Fax : +44 (0)20 7 311 2902
www.kpmg.co.uk

KPMG
38-39 The Esplanade
St Helier, JE4 8WQ
Channel Islands
Tel : +44 (0)1534 888891
Fax : +44 (0)1534 888892

KPMG Peat Marwick, LLP
Suite #1100, 1999 Avenue of the Stars
Los Angeles, CA 90067
USA
Tel : +1 (310) 551 6131
Fax : +1 (310) 201 4734
www.kpmg.com

    

# Flashpoint™

Flashpoint (UK) Limited  67 Pall Mall  St James's  London SW1Y 5PA
Tel: (44) 171 930 9315  Fax: (44) 171 930 9316

Please visit us on our website
www.flashpointuk.com

TBR    18



# FLASHP●INT

THE BEST IN INDEPENDENT FILMMAKING

TBR    19

# FLASHPOINT





TBR    20

SHOWTIME

# SHOWTIME & Flashpoint

## ARE PROUD TO ANNOUNCE
## THE CO-FINANCING OF
## THE FOLLOWING FILMS

### POSSESSED
Based on a true story of an exorcism performed by a parish priest on a 14-year-old boy in 1949.

### RATED X
Tells the true story of the Mitchell brothers who became kings of porn and a sexual revolution in the 1960s.

### IN THE TIME OF BUTTERFLIES
The story of three sisters who helped bring down the Trujillo Regime in the Dominican Republic.

### MADAME BOVARY
Adaptation of the classic novel.

TBR    21

REGENT ENTERTAINMENT

**Regent Entertainment, Flashpoint (UK) Limited, and BBC Films**

humbly thank

THE MOTION PICTURE INDUSTRY

for embracing and honoring our film

GODS AND MONSTERS

An Academy Award

A Golden Globe

Three Independent Spirit Awards

Over 100 Other Honors

and

Ten Best Lists

TBR    22

# PRODUCTION SLATE FOR CANNES 1999



## I'LL REMEMBER APRIL
STARRING - MARK HARMON, PAT MORITA,
PAT CROWBER AND TREVOR MORGAN
DIRECTOR - BOB CLARK ("BABY GENIUSES" &
"A CHRISTMAS STORY")

## FREE ENTERPRISE
STARRING - WILLIAM SHATNER, RAFER WEIGEL,
ERIC MCCORMACK, PATRICK VAN HORN
AND AUDIE ENGLAND
DIRECTOR - ROBERT MEYER BURNETT

## TEEN MONSTER
STARRING - JUDGE REINHOLD,
SHELLEY DUVALL, MATTHEW LAWRENCE
AND RYAN REYNOLDS
DIRECTOR - MITCH MARCUS

## BRITANNIC
STARRING - AMANDA RYAN, EDWARD ATTERTON,
JOHN RHYS-DAVIES AND JACQUELINE BISSET
DIRECTOR - BRIAN TRENCHARD-SMITH

## RED TEAM
STARRING - PATRICK MULDOON,
CATHY MORIARTY, FRED WARD, TIM THOMERSON
DIRECTOR - JEREMY HAFT

## CRASH and BYRNES
STARRING - WOLF LARSON AND
STEVEN WILLIAMS
(L.A. HEAT SERIES)

## CATCH ME IF YOU CAN
STARRING - TIM MATHESON, CAROL ALT,
CATHERINE OXENBERG, ED MARINARO AND WILLIAM KATT
DIRECTOR - JEFF REINER

## NOSTRADAMUS
A MODERN DAY COP UNCOVERS
A MYSTERIOUS MEDIEVAL CONSPIRACY
THAT SEEKS TO CAUSE ARMAGEDDON.
DIRECTOR - TIBOR TAKACS

TBR    23

REGENT ENTERTAINMENT: 1401 OCEAN AVE.   SUITE 300   SANTA MONICA, CA   90401
tel. 310.260.3366   fx 310.260.3343

OVERSEAS FILMGROUP



THE OPPORTUNISTS

*starring*
Christopher Walken
Peter McDonald
Cyndi Lauper

*written and directed by*
Myles Connell

SFO

*starring*
Timothy Hutton
Mira Grace Gidmore
Udo Kier
Seymour Cassel

*written and directed by*
Alex Jacobs

LABOR PAINS

*starring*
Kyra Sedgwick
Rob Morrow
Lela Rochon
Mary Tyler Moore
Robert Klein

*written and directed by*
Tracy Alexson

TBR    24

In Cannes:
The Majestic Hotel 4th Floor Suite 75 • Tel 04 92 98 75 75 • Fax 04 92 98 75 62

OVERSEAS in the U.S.
FILMGROUP • 8800 Sunset Boulevard • Los Angeles, CA 90069
Tel (310) 855-1199 • Fax (310) 855-0101 • e-mail: info@ofg.com • www.ofg.com

*credits not contractual*



A Flashpoint presentation of an Imagine/Two For The Show production

Directed by Vinny Murphy

# Accelerator

## World Premiere Screening By Invitation Only

Wednesday 12 May 22.00 Star 2

Marché Screenings    Thursday 13 May 13.30 Olympia 3    Sunday 16 May 09.30 Palais B



TBR      25