# ARTIST VIEW ENTERTAINMENT INC.



## LOVE AND ACTION IN CHICAGO

Action/Romance 1999 95 Mins

Courtney Vance

Jason Alexander

Kathleen Turner

Regina King

Ed Asher

Eddie Jones' life is a complicated one, especially since he is a professional assassin for a highly secretive U.S. government agency. He's ready for life and love until the next "hit". Now she is obsessed with him and he is not going to kill and the government agency isn't too keen...

## EIGHTEEN SHADES OF DUST

Suspense/Thriller 1998 95 Mins

Danny Aiello

William Forsythe

Polly Draper

Larry Romero

A mafia hitman examines the trials and tribulations of his troubled life in New York City.



TBR    26

## ROJAK FILMS PRODUCTIONS

### NEWSBREAK
Action 1999 90 Mins
Michael Rooker, Rod Taylor, Robert Culp

### TRIPFALL
Thriller 1999 98 Mins
Eric Roberts, John Ritter, Rachel Hunter

### PAPER BULLETS
Action 1998 98 Mins
James Russo, William McNamara, Jeff Wincott, Ernie Hudson

### FEAR RUNS SILENT
Thriller 1998 92 Mins
Stacy Keach, Billy Dee Williams, Bobby Jacoby

### JACK OF HEARTS
Action 1998 95 Mins
Nick Mancuso, Ben Gazzara, M. Emmet Walsh

### SILICON TOWERS
Action-Thriller 1998 95 Mins
Brian Dennehy, Daniel Baldwin, Brad Dourif

In Cannes:
Contact Scott Jones, Jay J. Joyce, Paul Eyres at the Noga Hilton, Suite 102
In the U.S.:
12500 Riverside Drive, Suite 201-H, North Hollywood, CA 91607
Tel (818) 752-2480 Fax (818) 752-2456 artsview@earthlink.net

ARTIST VIEW ENTERTAINMENT

TBR 27

# SHOWCASE ENTERTAINMENT

*proudly presents the following films*



## KISS TOLEDO GOODBYE

starring

Michael Rapaport
Christopher Walken
Robert Forster
Christine Taylor
Jared Anderson
Nancy Allen



## JUST SUE ME

starring

Tom Arnold
William Mastrosimone
Randall Batinkoff
Laurel Wiley
Robin Dee Brown

TBR  28



INFORMANT
starring
Billy Baldwin
Brigitte Bako
Lee Majors

THREE SECONDS
*filming recently completed*
starring
Kiefer Sutherland
Rebecca DeMornay
Dana Delany

Produced by Paul Maslak, Neva Friedenn, Gerald T. Wolff
An Award Entertainment Production

**In Cannes:**
Carlton Hotel Suite 241
**In the U.S.:**
Warner Center, 21800 Oxnard Street, Suite 150, Woodland Hills, California 91367
Tel: (818) 715-7005  Fax: (818) 715-7009  www.showcaseentertainment.com

SHOWCASE

*credits not contractual*

TBR    29

**CINEVILLE**
*proudly presents the following film*

RUTHLESS BEHAVIOR

*starring*
Vincent D'Onofrio
Matthew Lillard
Valeria Golino

*directed by*
Oz Scott

*credits not contractual*



The perfect crime can be a work of art.

RUTHLESS BEHAVIOR

TBR    30

**In Cannes:**
Contact Gregory L. Stuart at the Carlton Hotel Suite 108
**In the U.S.:**
225 Santa Monica Boulevard, 7th Floor, Santa Monica, CA 90401

**Cineville**  Tel: (310) 394-4699  Fax: (310) 394-3052

ATMOSPHERE ENTERTAINMENT INC.

**TORRID INNOCENCE**
starring
Dennis Hopper and Talia Shire

**DISH DOGS**
starring
Sean Astin, Matthew Lillard
and Brian Dennehy

*La Cucaracha*
(Winner of the Austin Film Festival,
currently in US Theatrical Release)
starring
Eric Roberts and Joaquim De Almeida

**SHARK IN A BOTTLE**
starring
Danny Nucci, Hiep Thi Le
and Ben Gazzara
Screening: 19 May 17:30, Palais B

**NOWHERE LAND**
starring
Peter Dobson, Dina Meyer
and Martin Kove
Screening: 14 May 17:30, Palais B

*One Hell of a Guy*
starring
Rob Lowe, Alexandra Powers
and Michael York
Screening: 20 May 17:30, Palais L

TBR    31

**In Cannes:**
The Carlton, Suite 221, Tel: 33 (0)4 93 06 42 21  Fax: 33 (0)4 93 06 40 25  Mobile: 33 (0)6 09 65 75 59
**New Corporate Office:**
1828 Broadway, Santa Monica, CA 90404
Tel: (310) 449-9220   Fax: (310) 449-9240   E-Mail: Flicks@AtmosphereEnt.com



*credits not contractual*

AKA

# AKA

**WHAT'S COOKING?**

starring
Joan Chen
Julianna Margulies
Mercedes Ruehl
Kyra Sedgwick
Alfre Woodard

produced by
Jeffrey Taylor

executive produced by
Abe Glazer

written by
Gurinder Chadha
and Paul Berges

directed by
Gurinder Chadha

now in production

credits not contractual

TBR  32

**In Cannes:**
Relais de la Reine, 42/43 La Croisette, Flat C-42, Block C  Tel: 04 93 06 60 08  Fax: 04 93 06 60 28
Contact: Arthur Kananack, Nancy Morrison, Claude Kananack, Michael Kananack

**In the U.S.:**
East Coast: Tel: (203) 454-3032  Fax: (203) 222-9530  E-mail: akamoviesct@earthlink.net
West Coast: Tel: (323) 769-7545  Fax: (323) 769-7692  E-mail: akamoviesla@earthlink.net



NEW STANDARD POST

# New Standard Post

ADVANCED PICTURE AND SOUND TECHNOLOGY FOR MOTION PICTURES AND TELEVISION. PICTURE EDITING, SOUND EDITING AND DESIGN, SOUND DUBBING AND MIXING, SPECIAL EFFECTS AND ANIMATION. WE ARE YOUR PARADISE FOR POST.

6855 Santa Monica Boulevard 3rd Floor Hollywood California 90038
Tel (323) 769-7600 Fax (323) 769-7699 www.nspost.com
Contact Richard Mann or Diana Blake

TBR  33

Flashpoint
5 Pall Mall, St James, London SW1Y 5LU
Tel +44 (0)171 930 9516 Fax +44 (0)171 930 9519
www.flashpointuk.com

TBR    34