**EXHIBIT U**

## Tarlo Lyons

Martin Fink Esq
3000 West Olympic Boulevard
Santa Monica
California 90404
U.S.A.
**BY POST AND BY FAX NO: 001 310 315-4798**

SM/ap

Direct Fax No: 0171-814 9423

February 3, 1998

Dear Marty

### Re: Regent Entertainment

I am enclosing a re-draft of the Master Agreement and attached Production and Finance Agreement with the amendments underlined. I could not read all of Greg Bernstein's amendments but I have attempted to anticipate what his comments were or might have been and I have taken on board the comments in your memo to me of January 17th. On your memo I would comment as follows.

### Master Agreement

1(a)    Noted.

1(b)    The approval right will be exercised by you and/or David and/or Beau in a similar fashion to the exercise of your approval rights over projects submitted to you by 7.23 Productions.

3(b)    Noted.

4.      Noted.

5(d)    Agreed.

5(e)    Agreed.

9.      I do not see any reason why Flashpoint should not have the right of first refusal as regards remakes and sequels (i.e. the clause reversed).

16.     Yes, but I require that governing law should be English law.

### Exhibit A

2(c)(iv)  Noted.

2(c)(v)   Noted.

CF-00305

LEX-01 010669

Page 2

**Tarlo Lyons**
Solicitors

4(c)   I need to check the credits with David.

5(d)   Noted.

7(a)   Noted.

8(a)   Noted.

8.   This clause was obscured by the facsimile machine. It should of course conform with the production schedule.

10(a)   Agreed.

10(d)(iv)   Greg Bernstein has said that Regent have an Executive Producer's fee equal to 10% of the budget. This needs to be agreed by David and Beau.

11(a)   Noted.

13.   Agreed

15(a)   Noted.

15(b)   Noted.

16.   I was not aware that we had already agreed to delete this in relation to this transaction. I have deleted the clause but will double check with David and Beau.

18.   Noted.

21.   Flashpoint remedies here may not be the same as the completion guarantor's remedies, but of course Flashpoint will comply with any remedies granted to the completion guarantor which Flashpoint agrees to. At the moment, I do not see that there is a conflict but perhaps you can elucidate for me.

26.   Noted.

Kind regards.

Yours sincerely,

**STANLEY MUNSON**

cc   David Forrest

CF-00306

LEX-01 010670

# Tarlo Lyons Solicitors

106/055/00334

Martin Fink Esq
3000 West Olympic Boulevard
Santa Monica
California 90404
U.S.A.
**BY POST AND BY FAX NO:001 310 315 4768**

[London address]
London EC1M 4DB

Telephone 0171-405 2000
                 0171-814 5400

Fax 0171-814 9421
DX: 53323 Clerkenwell

**Direct Fax No: 0171-814 9423**

Our Ref: SM/jap/208556

Date: July 17, 1997

Dear Marty

**Re: Flashpoint/7.23 Productions**

I am enclosing a re-draft of the Master Agreement and Production and Finance Agreement for each film (being sent by post) but I would like to check one or two points with you as follows. They are in no particular order of importance or order in the agreement.

1. Leslie Richards has said that when the Producer submits a project to Flashpoint (i.e. to you) there will be a period of ten days during which Flashpoint assesses whether or not it wants to proceed with that project. If the project is approved a Production and Finance Agreement will be executed for that film; if it is rejected then there is no obligation on the part of Flashpoint. The relevant clause 1(b) of the Master Agreement states that if Flashpoint fails to respond the Property (project) will be deemed to be rejected. Leslie Richards then wanted Flashpoint to state its reasons for rejection, which may be completely whimsical. David Forrest has said that this is illogical because if Flashpoint does not respond then it will not respond by giving its reasons for rejection. I do not necessarily agree and I am trying to accommodate her point. If Flashpoint rejects a project can we agree that it will state its reasons in writing at some point after the ten day period has expired? The reasons may be completly unreasonable but that is not the issue here.

2. As regards the working of the production bank account, it is proposed that the money to cover the cost of production will be held in my firm's client account and then released in tranches according to the agreed cash flow schedule for each film. This will be done by wire transfer to the relevant bank in Los Angeles. The account in Los Angeles will be under the control of one signatory for the Producer and one signatory for Flashpoint. In other words, each cheque will require two signatures one from their side and one from our side. Do you see any problem with this?

3. I originally said that when the film was completed, the books had to be looked at by a Chartered Accountant and the cost of production certified by that Chartered Accountant, which is what happens in England. Leslie says that this is expensive and the procedure there is that the completion bond company must approve the production accountant who prepares the statement of the total cost of production of the film. Is this acceptable?

**Tarlo Lyons**
Solicitors

Page 2

106/055/00335

4. As regards legal fees, David has agreed with you that the budgets for the films will accommodate my firm's legal fees. The agreed maximum amounts are £25,000 for the first film and £10,000 for each of the other five films, i.e. a total of £75,000. Leslie Richards has said that it is not agreed that my fees are paid out of the budget. I believe that there is provision for accommodating Flashpoint's overheads, or an executive producer's fee, and I am asking whether my firm's legal fees are paid out of this item in the budget. What is the position?

5. As regards the delivery items, Leslie Richards has sent a fax to me dated 17th July which was also copied to you. I have heard nothing from Rosenfeld Meyer and Susman with regard to the Sales Agency Agreement and I should like to know as soon as possible what delivery items we need from the Producer.

6. I understand that a fixed fee is being paid to the sales agent. Where is this allowed for? Is it included in the budget or is it a distribution expense which is recouped by Flashpoint later? What is the deal with the sales agent?

7. As regards the costs of advertising materials, is there any provision for such cost in the budget or is this recouped as a distribution expense to the extent that Flashpoint pays for it?

Leslie Richards has indicated that residuals/royalties are payable to the cast, writers and director in accordance with collective bargaining agreements with SAG, Writers Guild, and Directors Guild. Can I please have, as a matter of urgency, copies of the relevant agreements with those guilds and an indication of what residuals/royalties are payable to the various personnel. David is concerned that to the extent that payments are made out of receipts, this affects Flashpoint's recoupment position of 150% of receipts in first position. Generally speaking, it is usual in England to treat these payments as distribution expenses but David would like to know how much is involved.

I look forward to hearing from you.

Yours sincerely,


**STANLEY MUNSON**

enc

cc   David Forrest Esq
     Beau Rogers Esq

**Tarlo Lyons** Solicitors

Watchmaker Court
33 St John's Lane
London EC1M 4DB

Telephone: 0171-405 2000
Fax 0171-814 9423
DX 53323 Clerkenwell

### WARNING

The information contained in this facsimile transmission is confidential and may be legally privileged. It is intended for the use of the addressee only. If you are not the addressee you must not use or disclose the information contained in, nor make any copies of, this transmission. Failure to abide by this warning could give rise to legal action and a claim for damages.

Please notify us immediately if you have received this transmission in error, following which you should return the transmission to us by post at the above address. We will be pleased to reimburse your reasonable costs of so doing.

### FAX TRANSMISSION

| To: | Marty Fink<br>COMPLETE FILM COMPANY | Fax number: | 001 310 315 4768 |
| --- | --- | --- | --- |
| To: | Richard Mann<br>PROSPERITY PICTURES | Fax number: | 001 213 860 7043 |
| To: | Leslie Richards<br>PROSPERITY PICTURES | Fax number: | 001 213 860 9758 |
| To: | David Forrest<br>FLASHPOINT LIMITED | Fax number: | 0171 930 9316 |
| To: | Beau Rogers<br>FLASHPOINT LIMITED | Fax number: | 001 610 642 1917 |
| Ref: | | Date: | 18 September, 1998 |
| From: | Stanley Munson | Total number of pages: | 6 |
| Ref: | SHM/mak | (including this page) | |

Subject: Prosperity Pictures - Memorandum of Agreement

---

Dear All

I am enclosing a draft Memorandum of Agreement upon which I would like your comments.

Both Leslie and Marty have given me some preliminary comments which I believe I have embodied in this draft. Please note that whilst I would like to have the document signed as quickly as possible, before we all forget what our current intentions are, it is not intended to be "written in stone". Insofar as Messrs Lord

LEX-01 013791

Fax                                                    Prosperity Pictures/2

Bissell & Brook advise us to proceed in a certain way, their comments and advice need to be accommodated in the structure.

I look forward to hearing from you.

*[signature]*

for **STANLEY MUNSON**

## Tarlo Lyons Solicitors

Geoffrey L Isaacs
Derek G Randall    Kevin Barrow    Finance Director
D Michael Ross    Peter Wilson    Leigh G Berkeley ACA
Ezra E Schwarz    Michael A Brangman
Maurice Martin    Stanley Munson
Philip Diamond    Richard J Gillespie
Robert L Harris    Charles Jennings
Nigel A McEwen    John Mawhood
Lawrence Phillips    Douglas J Smith
Nicholas J Arnold    Warren D Foot

Martin Fink Esq
3000 West Olympic Boulevard
Santa Monica
California 90404
U.S.A.
**BY POST AND BY FAX NO: 001 310 315-4768**

Watchmaker Court
33 St. John's Lane
London EC1M 4DB

Telephone: 0171-405 2000
0171-814 5400

Fax: 0171-814 9421
DX 53323 Clerkenwell

Direct Fax No: 0171-814 9423

Our Ref: SM/jap/308556    Your Ref:    Date: February 13, 1998

Dear Marty

**Re: MeesPierson**

Thank you for your letter of January 27th.

David and I have had meetings with Robbert Aarts and there is a further meeting fixed for 2.30pm on Tuesday February 17th in London.

I have written to Robbert Aarts explaining in detail the exploitation arrangements relating to the 7.23 slate and in particular the recoupment priority as between Flashpoint, Filmwave and 7.23 Productions. I would make the following comments for your input and information:

1. No commission rate has yet been agreed with Robbert Aarts. I do not know what MeesPierson charged in respect of the film "Career Girls" but I am endeavouring to obtain a copy of the Collection Agreement from Simon Channing-Williams. I will report back to you.

2. Would you and Greg Bernstein please consider who as between Flashpoint and Filmwave Pictures has the <u>obligation</u> to collect revenues from the exploitation of the five films in the slate?

   I ask the question because David would like to know whether it is your view that the cost of collecting the revenues paid to MeesPierson can be deducted from the sales agent's commission. The logic is, of course, that if the sales agent no longer has the obligation to collect because another party is by agreement performing that obligation then it should give up 1% of its own commission or whatever is paid to MeesPierson. Please let me have your views.

3. Was it the intention that the Deal Memo with Filmwave Pictures would be replaced by a long form agreement with accounting and audit provisions? If so, we need to deal with the documentation and ensure that the companies nominated by MeesPierson are dovetailed into the arrangement.

4. There is an obligation to pay reuse fees and residuals to profit participants under DGA and SAG Rules. At the moment this obligation rests with 7.23 Productions as Flashpoint has not entered into an assumption agreement. I do not know whether

CF-49145

LEX-01 025846

**Tarlo Lyons**
Solicitors

Page 2

Flashpoint should bear the cost of instructing MeesPierson to make these payments or whether the cost should rest with 7.23 Productions. What do you think?

Kind regards.

Yours sincerely,

**STANLEY MUNSON**

cc   David Forrest Esq
     Beau Rogers Esq
     Greg Bernstein Esq

CF-49146

07/02/00 17:25    f+44 171 814-9421    Tarlo Lyons    Kay F Jaszek→Marty Fink    01/12

# Tarlo Lyons Solicitors

Watchmaker Court
33 St. John's Lane
London EC1M 4DB
DX: 53323 Clerkenwell

Tel:    +44 (0)20 7405-2000
E-mail: info@tarlo-lyons.com
Web:    www.tarlo-lyons.com
Fax:    +44 (0)20 7814-9421

*The information in this fax is confidential and may be legally privileged. If you are not the intended recipient you must not read, use or disseminate this information. Please contact the sender immediately. Copyright reserved.*

**Fax to:**                              **Fax number:**            **Your ref:**
Marty Fink                               00 1 310 315 4768

**Copied to:**
Greg Bernstein                           00 1 310 271 8430
Jennifer Barrett                         0171 930 8316

**From:**    Stanley Munson              **Our ref:**    SHM/kj/341611
                                                         (KF.KFI4h1.30108 DOC)

**Date:**    7 February 2000             **Total no. of pages:**
                                         (including this page)

Dear Marty

**Re: Beautiful**

I am returning the Subordination Agreement and Greg's conflict letter signed by me as secretary for Flashpoint (UK) Limited.

I agreed the drafting of the other documents with Greg and you on Friday. Unfortunately, the latest drafts that were sent through to me this morning contained a number of typographical errors which need to be tidied up. I am asking my assistant, Claire Fox, to send back to you Greg details of the typing errors she has picked up in order that Greg can have the documents retyped. Can you please have the remaining documentation signed when Greg has dealt with this?

With kind regards.

Yours sincerely

Stanley Munson

Encl

Maurice Martin · Geoffrey Isaacs · D. Michael Rose · Ezra Schwarz · Philip Osmond · Nigel McEwan · Lawrence Philips
Nick Arnold · Kevin Barrow · Peter Wilson · John Moorhead · Michael Brandman · Stanley Munson · Richard Gutridge · Tim Southern
Simon Mason · Deborah Annetts · Douglas Smith · Sarah Collins · Robert Canstra · Warren Feat · Simon Staines
Michael Sinclair · George Gardner   Consultant: Derek Randall

Authorised and regulated by the Law Society in the conduct of investment business.

CF- 10571

LEX-01 161995

# EXHIBIT V

SENT BY:Xerox Telecopier 7020 ;13- 5-98 ; 16:49 ;   01718149423→   310 315 4768;# 1

**Tarlo Lyons** Solicitors

Watchmaker Court
33 St. John's Lane
London EC1M 4DB

Telephone: 0171-405 2000
Fax: 0171-814 9421
DX: 53323 Clerkenwell

Geoffrey L. Jones

Derek B. Randall    Kevin Barrow        Finance Director
D. Michael Ross     Peter C Wilson      Leigh G. Bentley
Ezra E. Schwarz     Michael A. Bruneman
Maurice Martin      Charles Jennings
Philip Desmond      Barney Munson
Robert L. Halls     Richard J Godfrey
Nigel A. McEwen     John Morehead
Lawrence Phillips   Douglas J Smith
Nicholas J Arnold   Warren D Peet

## WARNING

The information contained in this facsimile transmission is confidential and may be legally privileged. It is intended for the use of the addressee only. If you are not the addressee you must not use or disclose the information contained in, nor make any copies of, this transmission. Failure to abide by this warning could give rise to legal action and a claim for damages.

Please notify us immediately if you have received this transmission in error, following which you should return the transmission to us by post at the above address. We will be pleased to reimburse your reasonable costs of so doing.

## FAX TRANSMISSION

| | | | |
|---|---|---|---|
| To: | Mr Martin Fink<br>COMPLETE FILM COMPANY LLC | Fax number: | 001 310 315 4768 |
| c.c. | Mr David Forrest | Fax number: | 01778 562 992 |
| Ref: | | Date: | 13 May, 1998 |
| From: | Stanley Munson | Total number of pages: | 1 |
| Ref: | SHM/mak | (including this page) | |

Subject: DRAW DOWNS - "SILENT STORMS", "MONSTERS", "ROMANTIC"

---

Dear Marty,

David and I have signed bank authorities for draw downs on "Silent Storms", 5 through 9, totalling $298,365 and "Monsters" draw downs, 2 through 4, totalling $657,818. The payments will be sent by the bank first thing tomorrow morning.

No other payments have been made on these films this week.

Kind regards,

STANLEY MUNSON

CF-53225