UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>- against -<br><br>DAVID FORREST, T. BEAUCLERC ROGERS IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, a California Limited Liability Company, and TARLO LYONS, a partnership,<br>                Defendants. | Civil Action No. 02-CV-4435<br>(Hon. Anita B. Brody) |

## ORDER

AND NOW, this ___ day of _____, 2004, upon consideration of Defendant Tarlo Lyons' Motion to Dismiss in Accordance with Federal Rule of Civil Procedure 12(b)(2) and Plaintiff Lexington's Insurance Company's Opposition thereto, it is hereby ORDERED that said motion is DENIED in its entirety.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>                     Plaintiff,<br><br>            - against -<br><br>DAVID FORREST, T. BEAUCLERC ROGERS IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, a California Limited Liability Company, and TARLO LYONS, a partnership,<br>                                 Defendants. | Civil Action No. 02-CV-4435<br>(Hon. Anita B. Brody) |

## LEXINGTON'S ANSWER TO DEFENDANT TARLO LYONS' MOTION TO DISMISS

For the reasons set forth in the attached Memorandum of Law, Declaration and exhibits in opposition to defendant Tarlo Lyons' motion to dismiss in accordance with Federal Rule of Civil Procedure 12(b)(2) which Memorandum of Law, Declaration and exhibits are incorporated herein by reference, plaintiff Lexington Insurance Company opposes defendant Tarlo Lyons' motion to dismiss in accordance with Federal Rule of Civil Procedure 12(b)(2) in its entirety.

|||
|---|---|
| *Of Counsel*:<br>   Kevin J. Burke<br>   Ira J. Dembrow | CAHILL GORDON & REINDEL LLP<br><br>By: _/s/ Edward P. Krugman_<br>     Edward P. Krugman<br>80 Pine Street<br>New York, New York  10005<br>(212) 701-3000<br><br>-and- |
| *Of Counsel*:<br>   Jeffrey R. Lerman<br>   Glenn F. Rosenblum | MONTGOMERY, MCCRACKEN, WALKER<br>   & RHOADS, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania  19109<br>(215) 772-1500<br><br>*Attorneys for Plaintiff* |