IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>Plaintiff<br>v.<br><br>DAVID FORREST and T. BEAUCLERC ROGERS, IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, A California Limited Liability Company, and TARLO LYONS, a partnership,<br>Defendants | CIVIL ACTION<br><br>NO. 02-CV-4435<br><br>(Hon. Anita B. Brody) |

## SUBSTITUTION OF AFFIDAVIT

Kindly file of record the attached signed Affidavit of Stanley Munson in place of the Affidavit that was included in Tarlo Lyon's Motion to Dismiss Plaintiff Lexington Insurance Company's Second Amended and Supplemental Complaint.

                              Respectfully submitted,

                              HARVEY, PENNINGTON LTD.

BY: _____
        DAVID L. PENNINGTON
        Identification No: 03633
        1835 Market Street, 29th Floor
        Philadelphia, PA 19103
        (215) 563-4470
        Attorneys for Defendant,
        Tarlo Lyons

Dated: October 13, 2004

697783_1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY<br>Plaintiff<br><br>v.<br><br>DAVID FORREST and T. BEAUCLERC ROGERS, IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, A California Limited Liability Company, and TARLO LYONS, a partnership,<br>Defendants | CIVIL ACTION<br><br>NO. 02-CV-4435<br><br>(Hon. Anita B. Brody) |

## CERTIFICATE OF SERVICE

David L. Pennington, Esquire, attorney for Defendant, Tarlo Lyons, hereby certifies that I have served true and correct copy of the foregoing Substitution of Affidavit was served upon the following parties or their counsel of record by first class mail, postage prepaid on this day:

Glenn F. Rosenblum, Esquire
Jeffrey R. Lerman, Esquire
Montgomery, McCraken, Walker & Rhoads
123 South Broad Street
Philadelphia, PA  19109
    and
Edward P. Krugman, Esquire
Emily A. Poler, Esquire
Ira J. Dembrow, Esquire
Scott M. Mory, Esquire
Cahill Gordon & Reindel
80 Pine Street
New York, NY  10005
*Counsel for Plaintiff*

Conrad O. Kattner, Esquire
McShea Tecce, P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA  19103
*Counsel for Stanley Munson*

Edward M. Dunham, Jr., Esquire
Shannon Hampton Sutherland, Esquire
Duane Morris LLP
One Liberty Place
Philadelphia, PA  19103
*Counsel for David Forrest*

697783_1

| | |
|---|---|
| Nicholas M. Centrella, Esquire<br>James J. Rohn, Esquire<br>Kevin Dooley Kent, Esquire<br>Conrad O'Brien Gellman & Rohn, PC<br>1515 Market Street, 16th Floor<br>Philadelphia, PA  19102<br>*Counsel for T. Beauclerc Rogers, IV* | Alexander Kerr, Esquire<br>Stephen P. McFate<br>McCarter & English, LLP<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA  19103<br>            and<br>Beverly Y. Lu, Esquire<br>Charles A. Adamek<br>Lord Bissell & Brook, LLP<br>300 South Grand Avenue, Suite 800<br>Los Angeles, CA  90071<br>*Counsel for New Beginnings Enterprises* |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street<br>Ninth Floor<br>Philadelphia, PA  19102<br>            and<br>Jeffrey D. Farrow, Esquire<br>Mona Z. Hanna, Esquire<br>Sanford Louis Michelman, Esquire<br>Michelman & Robinson LLP<br>4 Hutton Centre, Suite 300<br>Santa Ana, CA  92707<br>*Counsel for Martin Fink* | |

                                    HARVEY, PENNINGTON LTD.


                          BY: _____
                                    DAVID L. PENNINGTON
                                    Identification No: 03633
                                    1835 Market Street, 29th Floor
                                    Philadelphia, PA  19103
                                    (215) 563-4470
                                    Attorneys for Defendant,
                                    Tarlo Lyons

Dated:  October 13, 2004

697783_1