IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEXINGTON INSURANCE COMPANY  :           CIVIL ACTION
                             :
            v.               :
                             :
DAVID FORREST, et al.        :           NO. 02-4435

O R D E R

**AND NOW**, this       day of   November, 2004, it is

Ordered that a **STATUS CONFERENCE** will be held on **Monday, November**

**22, 2004** at **11:00 a.m.,** in chambers, room 7613 on the 7th floor.

ATTEST:                        or     BY THE COURT

BY:_____    _____
      Deputy Clerk               Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: