IN THE UNITED STATES DISTRICT COURT
FOR TH EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>Defendants. | Case No. 2:02-cv-04435-AB |

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE
## FOR DEFENDANT TARLO LYONS

TO THE CLERK:

Kindly withdraw my entry of appearance for defendant Tarlo Lyons in the above-entitled action.

DAVID L. PENNINGTON
Harvey Pennington Cabot Griffith &
Renneisen, Ltd.
11 Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103
215.563.4470

Please enter my appearance for defendant Tarlo Lyons in the above-entitled action.

THOMAS M. KITTREDGE
Attorney No. 04471
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5636
Attorney for Defendant Tarlo Lyons

Dated: December 8, 2004

## CERTIFICATE OF SERVICE

The undersigned counsel for Tarlo Lyons herewith certifies that a true and correct copy of the within Withdrawal of Appearance and Entry of Appearance was served on the counsel by first-class mail, postage prepaid, on the 8th day of December, 2004:

Edward P. Krugman, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Emily A. Poler, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Ira J. Dembrow, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Kevin Burke, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Miguel A. Villarreal, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Scott M. Mory, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Glenn F. Rosenblum, Esq.
Montgomery McCracken Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Jeffrey R. Lerman
Montgomery McCracken
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Edward M. Dunham, Jr., Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Shannon Hampton Sutherland, Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

James J. Rohn, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Kevin Dooley Kent, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Nicholas M. Centralla, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

David L. Pennington, Esq.
Harvey Pennington Cabot Griffith &
   Renneisen, Ltd.
11 Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103

Alexander Kerr, Esq.
McCarter and English, LLP
1735 Market Street, Suite 700
Philadelphia, PA 19103

Beverly Y. Lu, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

Charles A. Adamek, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

Heather E. Rennie, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Neil G. Epstein, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Jeffrey D. Farrow, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Mona Z. Hanna, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Sanford Louis Michelman, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Conrad O. Kattner, Esq.
McShea Tecce P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA 19103

THOMAS M. KITTREDGE
Attorney for Defendant
Tarlo Lyons

Dated: December __, 2004