```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEXINGTON INSURANCE COMPANY     :        CIVIL ACTION
                                :
             v.                 :
                                :
DAVID FORREST, et al.           :        NO. 02-4435
```

## O R D E R

**AND NOW,** this 9th day of December, 2004, it is Ordered that a **TELEPHONE CONFERENCE** will be held on **Monday, December 20, 2004** at **2:00 p.m.**. Mr. Edward P. Krugman will initiate the call.


ATTEST:                              or    BY THE COURT

   S/Marie O'Donnell

BY:_____             _____
     Deputy Clerk                      Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:  Copies MAILED on _____ to: