IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>Defendants. | Case No. 2:02-cv-04435-AB |

### ORDER FOR ADMISSION PRO HAC VICE

AND NOW, this _____ day of December, 2004, upon consideration of the within Application for Admission Pro Hac Vice of John D. Gordan, III, and any response thereto, it is hereby ordered that John D. Gordan, III is hereby admitted pro hac vice for the purpose of representing defendant Tarlo Lyons in the above-captioned matter.

_____
                                                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>    Defendants. | Case No. 2:02-cv-04435-AB |

## DEFENDANT TARLO LYONS' APPLICATION FOR ADMISSION PRO HAC VICE OF JOHN D. GORDAN, III, ESQUIRE

Defendant Tarlo Lyons, by its undersigned counsel, herewith applies for the admission pro hac vice of John D. Gordan, III, Esquire, and in support thereof avers:

1. John D. Gordan, III is a lawyer and a partner with the firm of Morgan, Lewis & Bockius LLP, with an office located at 101 Park Avenue, New York, NY 10178. Mr. Gordan is a member in good standing of the Bar of the State of New York, and has been admitted to practice before the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

2. Tarlo Lyons wishes that Mr. Gordan actively participate on its behalf in the conduct of the pre-trial, trial and post-trial proceedings in this matter, and accordingly seeks leave of Court for him so to do.

3. Mr. Gordan has not been the subject of any disciplinary action before any court and his reputation for probity is good.

4. Attached is an Affidavit in support of this application to admit counsel pro hac vice.

*[signature]*
THOMAS M. KITTREDGE (TMK 1841)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5636
Attorney for Defendant Tarlo Lyons

Dated: December 14, 2004

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>Defendants. | Case No. 2:02-cv-04435-AB |

### AFFIDAVIT OF JOHN D. GORDAN, III

STATE OF NEW YORK      )
                       ) SS:
COUNTY OF NEW YORK  )

JOHN D. GORDAN, III, being first duly sworn upon oath, deposes and says that:

1. I am an attorney licensed to practice before the courts of the State of New York, and have been admitted to practice before the United States District Court for the Southern District of New York, the United States Court of Appeals for the Second Circuit and the United States Supreme Court.

2. I have personal knowledge of and am competent to testify concerning the matters set forth herein.

3. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178.

4. I have been specifically requested by Tarlo Lyons to petition this Court for permission

to appear pro hac vice in this case, as co-counsel with Thomas M. Kittredge, Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, PA 19103, to defend the interests of Tarlo Lyons. Mr. Kittredge is a member in good standing of the Bar of the Commonwealth of Pennsylvania, and has been admitted to practice before this Court, the United States Court of Appeals for the Third Circuit and the United States Supreme Court.

5. I was admitted to practice in the State of New York in 1969. I am in good standing with the Bar of the State of New York and I have never been suspended, disciplined or disbarred by any state or court.

_____
JOHN D. GORDAN, III

Sworn to and subscribed before me
this 10th day of December, 2004.

_____
Notary Public

CHARLES M. CALVARUSO
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 2006

2

## CERTIFICATE OF SERVICE

The undersigned counsel for Tarlo Lyons herewith certifies that a true and correct copy of the within Defendant Tarlo Lyons' Application for Admission <u>Pro Hac Vice</u> of John D. Gordan, III, Esquire, was served on the following counsel by first-class mail, postage prepaid, on the 14th day of December, 2004:

Edward P. Krugman, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Emily A. Poler, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Ira J. Dembrow, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Kevin Burke, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Miguel A. Villarreal, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Scott M. Mory, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Glenn F. Rosenblum, Esq.
Montgomery McCracken Walker
  & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Jeffrey R. Lerman
Montgomery McCracken
  Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Edward M. Dunham, Jr., Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

Shannon Hampton Sutherland, Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103

James J. Rohn, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Kevin Dooley Kent, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Nicholas M. Centralla, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

David L. Pennington, Esq.
Harvey Pennington Cabot Griffith &
  Renneisen, Ltd.
11 Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103

Alexander Kerr, Esq.
McCarter and English, LLP
1735 Market Street, Suite 700
Philadelphia, PA 19103

Beverly Y. Lu, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

2

Charles A. Adamek, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

Heather E. Rennie, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Neil G. Epstein, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Jeffrey D. Farrow, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Mona Z. Hanna, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Sanford Louis Michelman, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Conrad O. Kattner, Esq.
McShea Tecce P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA 19103

/s/ THOMAS M. KITTREDGE
Attorney for Defendant
Tarlo Lyons

Dated: December 14, 2004