IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID FORREST, ET AL. | : | NO. 02-4435 |

**O R D E R**

**AND NOW**, this       day of   January, 2005, it is Ordered that a follow-up **TELEPHONE CONFERENCE** will be held on **Thursday, January 20, 2005** at **2:00 p.m.**.  The conference will be initiated by Edward P. Krugman, Esq.


ATTEST:                                    or     BY THE COURT

                                           S/Anita B. Brody

BY:_____          _____
      Deputy Clerk                         Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:   Copies VIA U.S. MAIL on _____ to:

Edward P. Krugman, Esq.            Emily A. Poler, Esq.
Kevin Dooley Kent, Esq.            Glenn F. Rosenblum, Esq.
Nicholas M. Centrella, Esq.        Ira J. Dembrow, Esq.
David L. Pennington, Esq.          Jeffrey R. Lerman, Esq.
Thomas M. Kittredge, Esq.          Kevin Burke, Esq.
Heather E. Rennie, Esq.            Miguel A. Villarreal, Esq.
Neil G. Epstein, Esq.              Scott M. Mory, Esq.
Conrad O. Kattner, Esq.            Edward M. Dunham, Jr., Esq.
                                   Shannon Hampton Sutherland, Esq.
                                   James J. Rohn, Esq.
                                   John D. Gordan, Esq.
                                   John N. Thomas, Esq.
                                   Alexander Kerr, Esq.
                                   Beverly Y. Lu, Esq.
                                   Charles A. Adamek, Esq.
                                   Jeffrey  D. Farrow, Esq.
                                 Mona Z. Hanna, Esq.
                                   Sanford Louis Michelman, Esq.