IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>Defendants. | Case No. 2:02-cv-04435-AB |

DEFENDANT TARLO LYONS' APPLICATION FOR ADMISSION
PRO HAC VICE OF EUGENE F. BANNIGAN, ESQUIRE

Defendant Tarlo Lyons, by its undersigned counsel, herewith applies for the admission pro hac vice of Eugene F. Bannigan, Esquire, and in support thereof avers:

1. Eugene F. Bannigan is a lawyer and a partner with the firm of Morgan, Lewis & Bockius LLP, with an office located at 101 Park Avenue, New York, NY 10178. Mr. Bannigan is a member in good standing of the Bar of the State of New York, and has been admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the District of Minnesota, the United States Courts of Appeals for the Second, Third and Fourth Circuits, and the United States Supreme Court.

2. Tarlo Lyons wishes that Mr. Bannigan actively participate on its behalf in the conduct of the pre-trial, trial and post-trial proceedings in this matter, and accordingly seeks leave of Court for him so to do.

3. Mr. Bannigan has not been the subject of any disciplinary action before any court and his reputation for probity is good.

4. Attached is an Affidavit in support of this application to admit counsel pro hac vice.

                                              THOMAS M. KITTREDGE (TMK 1841)
                                              MORGAN, LEWIS & BOCKIUS LLP
                                              1701 Market Street
                                              Philadelphia, PA  19103
                                              215.963.5636
                                              Attorney for Defendant Tarlo Lyons

Dated: January 6, 2005

CERTIFICATE OF SERVICE

The undersigned counsel for Tarlo Lyons herewith certifies that a true and correct copy of the within Defendant Tarlo Lyons' Application for Admission <u>Pro Hac Vice</u> of Eugene F. Bannigan, Esquire, was served on the following counsel by first-class mail, postage prepaid, on the 6th day of January, 2005:

Edward P. Krugman, Esq.
Kevin J. Burke, Esq.
Ira J. Dembrow, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Jeffrey R. Lerman, Esq.
Glenn F. Rosenblum, Esq.
Montgomery McCracken
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Edward M. Dunham, Jr., Esq.
Shannon Hampton Sutherland, Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA  19103

James J. Rohn, Esq.
Nicholas M. Centrella, Esq.
Kevin Dooley Kent, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Alexander Kerr, Esq.
Stephen P. McFate, Esq.
McCarter and English, LLP
1735 Market Street, Suite 700
Philadelphia, PA 19103

Charles A. Adamek, Esq.
Beverly Y. Lu, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

Neil G. Epstein, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Sanford I. Michelman, Esq.
Mora Z. Hanna, Esq.
Jeffrey D. Farrow, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Conrad O. Kattner, Esq.
McShea Tecce P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA 19103

                                                    THOMAS M. KITTREDGE
                                                    Attorney for Defendant
                                                    Tarlo Lyons

Dated: January 6, 2005