IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FORREST, et al.,<br><br>Defendants. | Case No. 2:02-cv-04435-AB |

ORDER FOR ADMISSION PRO HAC VICE

AND NOW, this _____ day of January, 2005, upon consideration of the within Application for Admission <u>Pro Hac Vice</u> of Eugene F. Bannigan, and any response thereto, it is hereby ordered that Eugene F. Bannigan is hereby admitted <u>pro hac vice</u> for the purpose of representing defendant Tarlo Lyons in the above-captioned matter.

                                                                                                     _____

                                                                                                                              J.