## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>                               Plaintiff,<br><br>        - against –<br><br>DAVID FORREST, T. BEAUCLERC ROGERS IV,<br>STANLEY MUNSON, MARTIN FINK, all individually,<br>and NEW BEGINNINGS ENTERPRISES LLC, a<br>California Limited Liability Company, and<br>TARLO LYONS, a partnership,<br><br>                              Defendants. | Civil Action No. 02-CV-4435<br>(Hon. Anita B. Brody) |

## ENTRY OF APPEARANCE FOR DEFENDANT TARLO LYONS

TO THE CLERK:

      Kindly enter my appearance for defendant Tarlo Lyons in the above-entitled action.

KENNETH L. RACOWSKI
Attorney No. 90514
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5593 (direct dial)
877.432.9652 (fax)
Attorney for Defendant Tarlo Lyons

Dated: January 10, 2005·

## CERTIFICATE OF SERVICE

The undersigned counsel for Tarlo Lyons herewith certifies that a true and correct copy

of the within Entry of Appearance was served on the following counsel by first class mail,

postage prepaid, on this 10th day of January, 2005:


Edward P. Krugman, Esq.
Kevin J. Burke, Esq.
Ira J. Dembrow, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

Jeffrey R. Lerman, Esq.
Glenn F. Rosenblum, Esq.
Montgomery McCracken
   Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Edward M. Dunhan, Jr., Esq.
Shannon Hampton Sutherland, Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA  19103

James J. Rohn, Esq.
Nicholas M. Centrella, Esq.
Kevin Dooley Kent, Esq.
Conrad O'Brien Gellman & Rohn PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Alexander Kerr, Esq.
Stephen P. McFate, Esq.
McCarter and English, LLP
1735 Market Street, Suite 700
Philadelphia, PA 19103

Charles A. Adamek, Esq.
Beverly Y. Lu, Esq.
Lord Bissell & Brook LLP
300 South Grand Avenue, Suite 800
Los Angeles, CA 90071

Neil G. Epstein, Esq.
Eckert Seamans Charin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Sanford I. Michelman, Esq.
Mora Z. Hanna, Esq.
Jeffrey D. Farrow, Esq.
Michelman & Robinson LLP
4 Hutton Centre, Suite 300
Santa Ana, CA 92707

Conrad O. Kattner, Esq.
McShea Tecce P.C.
Mellon Bank Center
1735 Market Street, 16th Floor
Philadelphia, PA 19103

Kenneth L. Racowski