UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>DAVID FORREST, T. BEAUCLERC ROGERS IV, STANLEY MUNSON, MARTIN FINK, all individually, and NEW BEGINNINGS ENTERPRISES LLC, a CALIFORNIA LIMITED LIABILITY COMPANY, AND TARLO LYONS, a PARTNERSHIP,<br><br>　　　　　　　　　　　　　　Defendants. | Civil Action No. 02-CV-4435<br>(Hon. Anita B. Brody) |

## ORDER

AND NOW, this ___ day of _____, 2005, upon consideration of the Motions of Defendants Tarlo Lyons and Stanley Munson for Judgment on the Pleadings Pursuant to Federal Rule of Civil Procedure 12(c) and Plaintiff Lexington Insurance Company's Opposition thereto, it is hereby

ORDERED that said Motion of Defendant Tarlo Lyons for Judgment on the Pleadings is DENIED in its entirety and it is further

ORDERED that said Motion of Defendant Stanley Munson for Judgment on the Pleadings is DENIED in its entirety.

BY THE COURT:

_____
ANITA B. BRODY
United States District Judge