UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

LEXINGTON INSURANCE COMPANY,

                            Plaintiff,

- against -

DAVID FORREST, T. BEAUCLERC ROGERS IV, STANLEY MUNSON, MARTIN FINK, NEW BEGINNINGS ENTERPRISES LLC AND TARLO LYONS,

                            Defendants.

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               : ss.:
COUNTY OF NEW YORK )

        MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1.     I am over the age of 18 years and not a party to this action.

2.     On the 8th day of February, 2005 I served the PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS OF DEFENDANTS MUNSON AND TARLO LYONS FOR JUDGMENT ON THE PLEADINGS, DECLARATION OF EDWARD P. KRUGMAN AND PROPOSED ORDER upon:

Nicholas M. Centrella, Esq.
Kevin Dooley Kent, Esq.
Conrad O'Brien Gellman & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Edward M. Dunham, Jr., Esq.
Sharon Hampton Sutherland, Esq.
Duane Morris LLP
One Liberty Place
Philadelphia, PA 19103-7396

Neil G. Epstein, Esq.
Heather E. Rennie, Esq.
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

Conrad O. Kattner, Esq.
McShea & Tecce, PC
The Bell Atlantic Tower, 28th Floor
1717 Arch Street
Philadelphia, PA 19103

-2-

| | |
|---|---|
| Thomas Kittredge, Esq.<br>Morgan, Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA 19103 | John D. Gordan, III, Esq.<br>Eugene Bannigan, Esq.<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY |

by electronic service to the above-mentioned attorneys.

    3.    On the 8th day of February, 2005 I served the PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS OF DEFENDANTS MUNSON AND TARLO LYONS FOR JUDGMENT ON THE PLEADINGS and DECLARATION OF EDWARD P. KRUGMAN upon:

| | |
|---|---|
| Sanford I. Michelman, Esq.<br>Mora Z. Hanna, Esq.<br>Jeffrey D. Farrow, Esq.<br>Michelman & Robinson, LLP<br>4 Hutton Centre Drive<br>Suite 300<br>Santa Ana, CA 92707 | Alexander Kerr, Esq.<br>Stephen P. McFate<br>McCarter & English, LLP<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103 |
| Charles A. Adamek, Esq.<br>Beverly Y. Lu, Esq.<br>Lord, Bissell & Brook LLP<br>300 S. Grand Avenue<br>Suite 800<br>Los Angeles, CA 90017 | |

by mailing true and correct copies thereof by Federal Express, next business day delivery.

    4.    On the 9th day of February, 2005 I served the PROPOSED ORDER upon:

| | |
|---|---|
| Sanford I. Michelman, Esq.<br>Mora Z. Hanna, Esq.<br>Jeffrey D. Farrow, Esq.<br>Michelman & Robinson, LLP<br>4 Hutton Centre Drive<br>Suite 300<br>Santa Ana, CA 92707 | Alexander Kerr, Esq.<br>Stephen P. McFate<br>McCarter & English, LLP<br>Mellon Bank Center<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103 |
| Charles A. Adamek, Esq.<br>Beverly Y. Lu, Esq.<br>Lord, Bissell & Brook LLP<br>300 S. Grand Avenue<br>Suite 800<br>Los Angeles, CA 90017 | |

-2-

by mailing true and correct copies thereof by Federal Express, next business day delivery.

    5.  The documents have been filed electronically and are available for viewing and downloading from the ECF system.

_____
         MAURA A. MCLOUGHLIN

Sworn to before me this
9th day of February, 2005

_____
       Notary Public

LYNN FELDMAN
Notary Public, State of New York
No. 31-4701499
Qualified in New York County
Commission Expires Jan. 31, 2006