UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEXINGTON INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>  -against-<br><br>DAVID FORREST, *et al.*,<br><br>            Defendants. | Civil Action No. 02-CV-4435<br>(Hon. Anita B. Brody) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(l)(ii), the captioned action is hereby dismissed without prejudice and without costs as against and only as against defendants Martin Fink and New Beginnings Enterprises LLC. The captioned action remains pending and is not dismissed as to any other defendant.

All claims and counterclaims as between plaintiff and the defendants so dismissed may be prosecuted in Civil Action No. 04-CV-5370. This dismissal shall be ignored in any calculations under the "two-dismissal rule" set forth in Fed. R. Civ. P. 41(a)(1) or any similar rule of any other jurisdiction.

As ordered by the Court, the captioned action and Civil Action No. 04-CV-5370 are consolidated for purposes of pretrial discovery.

Dated: February 7, 2005

CAHILL GORDON & REINDEL LLP        DUANE MORRIS LLP

By: _____      By: _____
  Edward P. Krugman
80 Pine Street                    One Liberty Place
New York, New York 10005          Philadelphia, Pennsylvania 19103
(212) 701-3000

                              *Attorneys for Defendant David Forrest*

       -and-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LEXINGTON INSURANCE COMPANY,

                              Plaintiff,

   -against-

DAVID FORREST, *et al.*,

                             Defendants.

Civil Action No. 02-CV-4435
(Hon. Anita B. Brody)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(l)(ii), the captioned action is hereby dismissed without prejudice and without costs as against and only as against defendants Martin Fink and New Beginnings Enterprises LLC. The captioned action remains pending and is not dismissed as to any other defendant.

All claims and counterclaims as between plaintiff and the defendants so dismissed may be prosecuted in Civil Action No. 04-CV-5370. This dismissal shall be ignored in any calculations under the "two-dismissal rule" set forth in Fed. R. Civ. P. 41(a)(1) or any similar rule of any other jurisdiction.

As ordered by the Court, the captioned action and Civil Action No. 04-CV-5370 are consolidated for purposes of pretrial discovery.

Dated: ~~January~~ February 9, 2005

CAHILL GORDON & REINDEL LLP

By: _____
    Edward P. Krugman
80 Pine Street
New York, New York 10005
(212) 701-3000

    -and-

DAVID FORREST, Pro Se

By: _[signature]_

| | |
|---|---|
| MONTGOMERY, MCCRACKEN, WALKER & RHODES, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br>(215) 771-1500<br><br>*Attorneys for Plaintiff* | CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br><br>By: _____<br><br>1515 Market Street, 16th Floor<br>Philadelphia, Pennsylvania 19102<br><br>*Attorneys for Defendant T. Beauclerc Rogers, IV* |
| MCSHEA & TEECE, P.C.<br><br>By: *[signature]*<br><br>1717 Arch Street, 28th Floor<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Defendant Stanley Munson* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: _____<br><br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br><br>*Attorneys for Defendant Tarlo Lyons* |
| ECKERT SEAMANS CHERIN & MELLOT, LLC<br><br>By: _____<br><br>1515 Market Street, Ninth Floor<br>Philadelphia, Pennsylvania 19102<br><br>-and-<br><br>MICHELMAN & ROBINSON, LLP<br>4 Hutton Center, Suite 300<br>Santa Ana, California 92707<br><br>*Attorneys for Defendant Martin Fink* | MCCARTER & ENGLISH LLP<br><br>By: _____<br><br>1735 Market Street, Suite 700<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>LORD, BISSELL & BROOK, LLP<br>300 S. Grand Avenue, Suite 800<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant New Beginnings Enterprises LLC* |

| | |
|---|---|
| MONTGOMERY, MCCRACKEN, WALKER & RHODES, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br>(215) 771-1500<br><br>*Attorneys for Plaintiff* | CONRAD O'BRIEN GELLMAN & ROHN, P.C.<br><br>By: _____<br><br>1515 Market Street, 16th Floor<br>Philadelphia, Pennsylvania 19102<br><br>*Attorneys for Defendant T. Beauclerc Rogers, IV* |
| MCSHEA & TEECE, P.C.<br><br>By: _____<br><br>1735 Market Street, 16th Floor<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Defendant Stanley Munson* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: _____<br><br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br><br>*Attorneys for Defendant Tarlo Lyons* |
| ECKERT SEAMANS CHERIN & MELLOT, LLC<br><br>By: /s/ *[signature]*<br>~~Michael O'Barrow of~~<br>Michelman Robinson, LLP<br>1515 Market Street, Ninth Floor<br>Philadelphia, Pennsylvania 19102<br><br>-and-<br><br>MICHELMAN & ROBINSON, LLP<br>4 Hutton Center, Suite 300<br>Santa Ana, California 92707<br><br>*Attorneys for Defendant Martin Fink* | MCCARTER & ENGLISH LLP<br><br>By: _____<br><br>1735 Market Street, Suite 700<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>LORD, BISSELL & BROOK, LLP<br>300 S. Grand Avenue, Suite 800<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant New Beginnings Enterprises LLC* |

| | |
|---|---|
| MONTGOMERY, MCCRACKEN,<br>WALKER & RHODES, LLP<br>123 South Broad Street<br>Philadelphia, Pennsylvania 19109<br>(215) 771-1500<br><br>*Attorneys for Plaintiff* | CONRAD O'BRIEN GELLMAN &<br>ROHN, P.C.<br><br>By: /s/ Kevin Dooley Kent<br><br>1515 Market Street, 16th Floor<br>Philadelphia, Pennsylvania 19102<br><br>*Attorneys for Defendant T. Beauclerc Rogers, IV* |
| MCSHEA & TEECE, P.C.<br><br>By: _____<br><br>1735 Market Street, 16th Floor<br>Philadelphia, Pennsylvania 19103<br><br>*Attorneys for Defendant Stanley Munson* | MORGAN, LEWIS & BOCKIUS LLP<br><br>By: _____<br><br>1701 Market Street<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178<br><br>*Attorneys for Defendant Tarlo Lyons* |
| ECKERT SEAMANS CHERIN & MELLOT,<br>LLC<br><br>By: _____<br><br>1515 Market Street, Ninth Floor<br>Philadelphia, Pennsylvania 19102<br><br>-and-<br><br>MICHELMAN & ROBINSON, LLP<br>4 Hutton Center, Suite 300<br>Santa Ana, California 92707<br><br>*Attorneys for Defendant Martin Fink* | MCCARTER & ENGLISH LLP<br><br>By: _____<br><br>1735 Market Street, Suite 700<br>Philadelphia, Pennsylvania 19103<br><br>-and-<br><br>LORD, BISSELL & BROOK, LLP<br>300 S. Grand Avenue, Suite 800<br>Los Angeles, California 90071<br><br>*Attorneys for Defendant New Beginnings Enterprises LLC* |

-2-

MONTGOMERY, MCCRACKEN,
WALKER & RHODES, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 771-1500

*Attorneys for Plaintiff*

MCSHEA & TEECE, P.C.

By: _____

1735 Market Street, 16th Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Defendant Stanley Munson*

ECKERT SEAMANS CHERIN & MELLOT, LLC

By: _____

1515 Market Street, Ninth Floor
Philadelphia, Pennsylvania 19102

-and-

MICHELMAN & ROBINSON, LLP
4 Hutton Center, Suite 300
Santa Ana, California 92707

*Attorneys for Defendant Martin Fink*

CONRAD O'BRIEN GELLMAN & ROHN, P.C.

By: _____

1515 Market Street, 16th Floor
Philadelphia, Pennsylvania 19102

*Attorneys for Defendant T. Beauclerc Rogers, IV*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John D. _____

1701 Market Street
Philadelphia, Pennsylvania 19103

-and-

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendant Tarlo Lyons*

MCCARTER & ENGLISH LLP

By: _____

1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103

-and-

LORD, BISSELL & BROOK, LLP
300 S. Grand Avenue, Suite 800
Los Angeles, California 90071

*Attorneys for Defendant New Beginnings Enterprises LLC*

MONTGOMERY, MCCRACKEN,
WALKER & RHODES, LLP
123 South Broad Street
Philadelphia, Pennsylvania 19109
(215) 771-1500

*Attorneys for Plaintiff*

CONRAD O'BRIEN GELLMAN &
ROHN, P.C.

By: _____

1515 Market Street, 16th Floor
Philadelphia, Pennsylvania 19102

*Attorneys for Defendant T. Beauclerc Rogers, IV*

MCSHEA & TEECE, P.C.

By: _____

1735 Market Street, 16th Floor
Philadelphia, Pennsylvania 19103

*Attorneys for Defendant Stanley Munson*

MORGAN, LEWIS & BOCKIUS LLP

By: _____

1701 Market Street
Philadelphia, Pennsylvania 19103

-and-

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

*Attorneys for Defendant Tarlo Lyons*

ECKERT SEAMANS CHERIN & MELLOT,
LLC

By: _____

1515 Market Street, Ninth Floor
Philadelphia, Pennsylvania 19102

-and-

MICHELMAN & ROBINSON, LLP
4 Hutton Center, Suite 300
Santa Ana, California 92707

*Attorneys for Defendant Martin Fink*

MCCARTER & ENGLISH LLP

By: [signature]

1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103

-and-

LORD, BISSELL & BROOK, LLP
300 S. Grand Avenue, Suite 800
Los Angeles, California 90071

*Attorneys for Defendant New Beginnings Enterprises LLC*