IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| DAVID FORREST, et al., | : | NO. 02-CV-4435 |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of February, 2005, in light of the stipulation of dismissal of claims against defendants Fink and New Beginning Enterprises LLC, it is hereby **ORDERED** that defendant Fink's motion to dismiss, stay or sever (docket #70) is **DENIED** as moot.

S/Marie O'Donnell

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

O:\ABB\Order dismiss Fink moot.wpd