IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEXINGTON INSURANCE COMPANY     :     CIVIL ACTION
                                        :
              v.                        :
                                        :
DAVID FORREST, et al.             :     NO. 02-4435

**O R D E R**

**AND NOW**, this 2^(ND) day of March, 2005, it is Ordered that the **STATUS CONFERENCE** scheduled for **March 4, 2005** at **3:00 p.m.** is **CANCELED**.

ATTEST:                                   or     BY THE COURT

            S/Marie O'Donnell

BY:_____        _____
     Deputy Clerk                      Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:  Copies MAILED on _____ to: