IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID FORREST, et al. | : | NO. 02-4435 |
| MARTIN FINK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NEW HAMPSHIRE INSURANCE | : | |
| COMPANY, et al. | : | NO. 04-5370 |

**O R D E R**

**AND NOW**, this 14th  day of June, 2005, it is Ordered that a **FINAL PRETRIAL CONFERENCE** will be held on **Monday, September 12, 2005 at 4:00** p.m.. A **Civil Jury Trial** will be held on **Wednesday, September 14, 2005** at **10:00 a.m.**, in courtroom 7-B on the 7th floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA.


ATTEST:                             or    BY THE COURT

          S/Marie O'Donnell

BY:_____         _____
      Deputy Clerk                   Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:  Copies MAILED on _____ to: