IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 02-4435 |
| | : | |
| DAVID FORREST, et al. | : | |

# ORDER

**AND NOW**, this 28TH day of July, 2005, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]  -  Order staying these proceedings pending disposition of a related action.

    [ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [ ]  -  Interlocutory appeal filed

    [X]  -  Other: pending settlement

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

S/Juan R. Sanchez

_____
JUAN R. SANCHEZ, J.
FOR ANITA B. BRODY, J.

Civ. 13 (8/80)

COPIES VIA ECF ON    TO:    COPIES VIA U.S. MAIL ON    TO: