**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


LEXINGTON INSURANCE COMPANY    :        CIVIL ACTION
                               :
              v.               :
                               :
DAVID FORREST, ET AL.          :        No.  02-4435

## <u>N O T I C E</u>

   This case has been scheduled for a status telephone conference
on August 25, 2005 at 10:30 a.m.   Counsel for the plaintiff is
instructed to initiate the telephone conference and then call
chambers at 215-597-3978.



                          _____
                          Marie O'Donnell
                          Civil Deputy/Secretary to
                          Judge Anita B. Brody


cc:
Glenn F. Rosenblum, Esq.
Shannon H. Sutherland, esq.
Kevin Burke, Esq.
Ira Dembrow, Esq.
Edward P. Krugman, Esq.
Edward M. Dunham, Esq.