IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEXINGTON INSURANCE COMPANY    :         CIVIL ACTION
                               :
            v.                 :
                               :
DAVID FORREST, et al.          :         NO. 02-4435

O R D E R

**AND NOW,** this 6th day of January, 2005, it is Ordered that a **TELEPHONE CONFERENCE** regarding status of the case will be held on **Monday, January 23, 2006** at **4:00 p.m..** Chambers will initiate the call.

ATTEST:                           or     BY THE COURT

            s/Marie O'Donnell

BY:_____          _____
    Deputy Clerk                   Anita B. Brody, J.

Civ 12 (9/83)
Copies via ECF on _____ to:  Copies MAILED on _____ to: